B1 (Official Form 1) (4/10)  Bar No#: 61112

| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**North Central Florida YMCA, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **59-1195257** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**5201 NW 34th St.**<br>**Gainesville, FL**   ZIP CODE **32605** | Street Address of Joint Debtor (No. and Street, City, and State):   ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Alachua** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**5201 NW 34th St.**<br>**Gainesville, FL**   ZIP CODE **32605** | Mailing Address of Joint Debtor (if different from street address):   ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):   ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [x] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (4/10)                                                                                                          Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **North Central Florida YMCA, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor   (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** _____<br>                                                                    Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No.

### Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): **North Central Florida YMCA, Inc.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X  /s/ Seldon J. Childers
_____
**Seldon J. Childers**                    Bar No. **61112**

**ChildersLaw, LLC**
**Sixth Street Executive Center**
**1330 NW Sixth St., Suite C**
**Gainesville, FL 32601**
jchilders@smartbizlaw.com
Phone No.**(866) 996-6104**        Fax No.**(407) 209-3870**

11/4/2011
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**North Central Florida YMCA, Inc.**

X  /s/ Harold Cook
_____
Signature of Authorized Individual

 Harold Cook
_____
Printed Name of Authorized Individual

 Interim CEO
_____
Title of Authorized Individual

11/4/2011
_____
Date

_____
Address

X_____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

IN RE:   **North Central Florida YMCA, Inc.**                    CASE NO

CHAPTER   **11**

# EXHIBIT "A" TO VOLUNTARY PETITION

1.  Debtor's employer identification number is_____**59-1195257**_____.

2.  If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file number is_____.

3.  The following financial data is the latest available information and refers to the debtor's condition on_____.

   a. Total Assets

   b. Total Liabilities

| Secured debt | Amounts | Approximate number of holders |
|---|---|---|
| Fixed, liquidated secured debt | | |
| Contingent  secured debt | | |
| Disputed secured debt | | |
| Unliquidated secured debt | | |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | | |
| Contingent  unsecured debt | | |
| Disputed unsecured debt | | |
| Unliquidated unsecured debt | | |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | | |
| Number of shares of common stock | | |

*Comments, if any*

4.  Brief description of debtor's business:

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

IN RE:   **North Central Florida YMCA, Inc.**                    CASE NO

                                                                   CHAPTER    **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

| |
|---|
| 5.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor: |
| 6.  List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor: |

I, _____ **Harold Cook** _____ , the _____ **Interim CEO** _____ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.

Date:____**11/4/2011**_____          Signature:___**/s/ Harold Cook**_____

                                                                   **Harold Cook**
                                                                   **Interim CEO**

B6A (Official Form 6A) (12/07)

In re  **North Central Florida YMCA, Inc.**                    Case No. _____

                                                                          (if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|
| 452 N. Temple Ave, Starke, FL 32091 | Fee Simple | $240,244.31 | $240,244.31 |
| 5201 NW 34th St., Gainesville, FL 32605 Property value $1,000,000. Deferred maintenance and required capital reinvestment $500,000. Net value $500,000. | Fee Simple | $500,000.00 | $3,118,137.05 |
| 284 Union Ave., Crescent City, FL 32112 | Fee Simple | $373,876.82 | $373,876.82 |
| 284 Union Ave., Crescent City, FL 32112 | Fee Simple | $810,855.09 | $810,855.09 |
| 1303 NE 23rd Ave., Gainesville, FL 32609 | Fee Simple | $304,728.19 | $304,728.19 |
| 9315 SW Archer Rd., Gainesville, FL 32608 | Fee Simple | $1,780,000.00 | $2,618,137.05 |

                                                    Total:   **$4,009,704.41**

                                            (Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **North Central Florida YMCA, Inc.**                                      Case No. _____
                                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | | Petty cash on hand | $50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Cash in Bank | $7,042.24 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **North Central Florida YMCA, Inc.**                    Case No. _____

                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorpo- rated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non- negotiable instruments. | X | | |
| 16. Accounts receivable. | X | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **North Central Florida YMCA, Inc.**                    Case No. _____

                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Buses: Northwood ( $2000.00 ) 1986 Blue Bird International - mileage{329191}; 1987 Blue Bird International - mileage(228409); 1988 International - mileage{179620}; 1989 Wayne - mileage{154087}; 1990 | | $2,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **North Central Florida YMCA, Inc.**                       Case No. _____

                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | Blue Bird International - mileage{230752}; 1992 Ford - mileage{175712}; 2004 Chevy Mini Van - mileage{47843} | |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Office furniture: Northwood ($7400.00);  Southwest [$1,225.00] Computers, copiers, and electronic equipment: Northwood ($7,010); Southwest [$125.00] Office Supplies: Northwood ($800.00); | $18,570.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Workout equipment:Northwood ($15,000.00); Bradford Sporting Goods:Northwood ($990.00) Gymnastics Equipment: Northwood ($18,070.00) | $41,980.00 |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | |

_____ 3 _____ continuation sheets attached                                    **Total >**  |  **$69,642.24**
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **North Central Florida YMCA, Inc.**                    Case No.  _____

                                                                                        (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $146,450.*

☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re  **North Central Florida YMCA, Inc.**                    Case No. _____
                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **IR2230**<br><br>**Canon Financial Services, Inc.**<br>**C/O Capital and Credit Solutions**<br>**P.O. Box 1226**<br>**Kennett Square, PA 19348** | | DATE INCURRED: **2009**<br>NATURE OF LIEN:<br>**Copier**<br>COLLATERAL:<br><br>REMARKS:<br><br><br>VALUE:                            **$0.00** | | | | **$8,613.53** | **$8,613.53** |
| **Representing:**<br>**Canon Financial Services, Inc.** | | **Fleischer, Fleischer & Suglia**<br>**Plaza 1000 at Main Street**<br>**Voorhees, NJ 08043** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **xxxxxx2951**<br><br>**Capital City Bank**<br>**P.O. Box 900**<br>**Tallahassee, FL 32301** | | DATE INCURRED:  **5/12/2008**<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**284 Union Ave., Crescent City, FL 32112**<br>REMARKS:<br><br><br>VALUE:                     **$373,876.82** | | | | **$373,876.82** | |
| ACCT #: **xxxxxx2950**<br><br>**Capital City Bank**<br>**P.O. Box 900**<br>**Tallahassee, FL 32301** | | DATE INCURRED:  **12/14/2006**<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**284 Union Ave., Crescent City, FL  32112**<br>REMARKS:<br><br><br>VALUE:                     **$810,855.09** | | | | **$810,855.09** | |

|  |  |
|---|---|
| Subtotal (Total of this Page) > | **$1,193,345.44** | **$8,613.53** |
| Total (Use only on last page) > | | |

_____2_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **North Central Florida YMCA, Inc.**                                Case No. _____
                                                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxx xxxx1 001**<br><br>**RBC Bank**<br>**P.O. Box 1220**<br>**Rocky Mount, NC 27802** | | DATE INCURRED: **06/27/2006**<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**1303 NE 23rd Ave., Gainesville, FL 32609**<br>REMARKS:<br><br>VALUE: **$304,728.19** | | | | **$304,728.19** | |
| ACCT #: **x7824**<br><br>**Sunstate Federal Credit Union**<br>**405 SE 2nd Place**<br>**Gainesville, FL 32602** | | DATE INCURRED: **10/15/2009**<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**452 N. Temple Ave, Starke, FL 32091**<br>REMARKS:<br><br>VALUE: **$240,244.31** | | | | **$240,244.31** | |
| **Representing:**<br>**Sunstate Federal Credit Union** | | **Scruggs & Carmichael, P.A.**<br>**4041 N.W. 37th Place, Suite B**<br>**Gainesville, FL 32606** | | | | **Notice Only** | **Notice Only** |
| ACCT #: **xxxxxx2753**<br><br>**SunTrust Bank**<br>**P.O. Box 7909**<br>**Baltimore, MD 21279** | | DATE INCURRED: **07/30/2008**<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**452 N. Temple Ave, Starke, FL 32091**<br>REMARKS:<br><br>VALUE: **$410,812.92** | | | | **$410,812.92** | |

Sheet no. ___**1**___ of ___**2**___ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >  **$955,785.42**   **$0.00**

Total (Use only on last page) >

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **North Central Florida YMCA, Inc.**                     Case No. _____

                                                                                    (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxx0730<br><br>**Wells Business BKG Support Group**<br>**MAC N9306 - 101**<br>**P.O. Box 202902**<br>**Dallas, TX 75320** | | DATE INCURRED: **06/30/2009**<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**5201 NW 34th St., Gainesville, FL**<br>REMARKS:<br>**Obligation # 26**<br><br>VALUE: **$2,280,000.00** | | | | **$2,965,090.17** | **$838,137.05** |
| **Representing:**<br>**Wells Business BKG Support Group** | | **Chris Henderson, Esq.**<br>**Smith, Hulsey and Busey**<br>**225 Water Street**<br>**Suite 1800**<br>**Jacksonville, FL 32202** | | | | **Notice Only** | **Notice Only** |
| ACCT #: xxxxxx0730<br><br>**Wells Business BKG Support Group**<br>**MAC N9306-101**<br>**P.O. Box 202902**<br>**Dallas, TX 75320** | | DATE INCURRED: **2009**<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**5201 NW 34th St., Gainesville, FL**<br>REMARKS:<br>**Obligation #18**<br><br>VALUE: **$2,280,000.00** | | | | **$153,046.88** | |
| **Representing:**<br>**Wells Business BKG Support Group** | | **Chris Henderson, Esq.**<br>**Smith, Hulsey and Busey**<br>**225 Water Street**<br>**Suite 1800**<br>**Jacksonville, FL 32202** | | | | **Notice Only** | **Notice Only** |

Sheet no. ____**2**____ of ____**2**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this Page) >  **$3,118,137.05**   **$838,137.05**

Total (Use only on last page) >  **$5,267,267.91**   **$846,750.58**

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re  **North Central Florida YMCA, Inc.**                               Case No. _____
                                                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re  **North Central Florida YMCA, Inc.**                    Case No. _____
                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **2000-2138-6144** <br> **Gainesville Regional Utilities** <br> **301 SE 4 Ave.** <br> **Gainesville, FL 32601** | | DATE INCURRED: **2011** <br> CONSIDERATION: <br> **Utilities** <br> REMARKS: | | | | $28,188.08 | $0.00 | $28,188.08 |
| ACCT #: **YMCA** <br> **Harold Cook** <br> **4615 Chokecherry Trail #6** <br> **Fort Collins, CO 80526** | | DATE INCURRED: **2011** <br> CONSIDERATION: <br> **Contracted CEO.  Contract Salary: $7,000** <br> REMARKS: | | | | $23,430.29 | $0.00 | $23,430.29 |
| ACCT #: **xxxxx-x-x0100** <br> **Teila N. Pearson, CFC** <br> **Tax Collector** <br> **P.O. Box 969** <br> **Starke, FL 32091** | | DATE INCURRED: **2010** <br> CONSIDERATION: <br> **Property Tax** <br> REMARKS: | | | | $3,357.01 | $0.00 | $3,357.01 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $54,975.38 | $0.00 | $54,975.38 |

**Total >**   $54,975.38
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

**Totals >**   $0.00   $54,975.38
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07)

In re  **North Central Florida YMCA, Inc.**                                          Case No. _____
                                                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **4YU** <br> **ADP, Inc.** <br> **P.O. Box 9001006** <br> **Louisville, KY 40290** | | DATE INCURRED:  **10/2008** <br> CONSIDERATION: <br> **Payroll processing fee** <br> REMARKS: | | | | $538.90 |
| ACCT #:  **YMCA** <br> **Advanced Security & Communications** <br> **P.O.Box 458** <br> **New Smyrna Beach, FL 32170** | | DATE INCURRED:  **6/13/2011** <br> CONSIDERATION: <br> **Alarm System repair** <br> REMARKS: | | | | $485.14 |
| ACCT #:  **HW969** <br> **Aflac** <br> **1932 Wynnton Rd.** <br> **Columbus, GA 31999** | | DATE INCURRED:  **07/2011** <br> CONSIDERATION: <br> **Supplemental Insurance** <br> REMARKS: | | | | $35.10 |
| ACCT #:  **North Central Florida YMCA** <br> **Alachua County Public Schools** <br> **Kirby-Smith Administration Center** <br> **620 East University Ave.** <br> **Gainesville, FL 32601** | | DATE INCURRED:  **2007/2008** <br> CONSIDERATION: <br> **Meals and Snacks for Childcare** <br> REMARKS: | | | | $10,798.95 |
| ACCT #:  **North Central Florida YMCA** <br> **Alachua Fire Extinguisher Co., Inc.** <br> **2939 SW Williston Rd.** <br> **Gainesville, FL 32608** | | DATE INCURRED:  **12/02/2008** <br> CONSIDERATION: <br> **Annual service maintenance** <br> REMARKS: | | | | $190.05 |
| ACCT #:  **YMCA** <br> **All County Lock** <br> **2418 Crill Ave.** <br> **Palatka, FL 32177** | | DATE INCURRED:  **06/2011** <br> CONSIDERATION: <br> **Building locks changed** <br> REMARKS: | | | | $110.00 |
| | | | | | Subtotal > | $12,158.14 |
| | | | | | Total > | |

_____**20**_____ continuation sheets attached

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **North Central Florida YMCA, Inc.**

Case No. _____
(if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **541168**<br>**American Soccer Company, inc.**<br>**726 E. Anaheim St.**<br>**Wilmington, CA 90744** | | DATE INCURRED: **08/31/2010**<br>CONSIDERATION:<br>**Soccer uniforms**<br>REMARKS: | | | | $4,236.32 |
| ACCT #: **YMCA**<br>**Aquatic Maintenance**<br>**3536 NW 10th Ave.**<br>**Gainesville, FL 32605** | | DATE INCURRED: **06/2011**<br>CONSIDERATION:<br>**Pool Chemicals**<br>REMARKS: | | | | $588.00 |
| ACCT #: **C35333**<br>**Aquatic Technology, Inc.**<br>**36 Maple St.**<br>**Vassalboro, ME 04989** | | DATE INCURRED: **06/22/2010**<br>CONSIDERATION:<br>**Rescue Tube cover**<br>REMARKS: | | | | $116.17 |
| ACCT #: **3523389627197**<br>**AT&T**<br>**P.O. Box 105262**<br>**Altanta, GA 30348** | | DATE INCURRED: **8/31/2009**<br>CONSIDERATION:<br>**Phone line**<br>REMARKS: | | | | $1,562.77 |
| **Representing:**<br>**AT&T** | | **Accord Creditor Services**<br>**P.O. Box 10001**<br>**Newnan, GA 30271** | | | | **Notice Only** |
| **Representing:**<br>**AT&T** | | **Franklin Collection Services, Inc.**<br>**P.O. Box 3910**<br>**Tupelo, MS 38803** | | | | **Notice Only** |

Sheet no. ____**1**____ of ____**20**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $6,503.26

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **North Central Florida YMCA, Inc.**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **922319260500000**<br>**AT&T Advertising Solutions**<br>**P.O. Box 5001**<br>**Carol Stream, IL** | | DATE INCURRED: **2008**<br>CONSIDERATION:<br>**Advertising**<br>REMARKS: | | | | $4,694.18 |
| **Representing:**<br>**AT&T Advertising Solutions** | | **Creditwatch**<br>**P.O. Box 156269**<br>**Fort Worth, TX 76155** | | | | **Notice Only** |
| **Representing:**<br>**AT&T Advertising Solutions** | | **CreditWatch**<br>**4690 Diplomacy Rd.**<br>**Suite 100**<br>**Fort Worth, TX 76155** | | | | **Notice Only** |
| ACCT #: **412**<br>**Back to Basics Lawn Care**<br>**1808 SW 78th St.**<br>**Gainesville, FL 32607** | | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Landscaping**<br>REMARKS: | | | | $2,100.00 |
| ACCT #: **YMCA**<br>**Baker's Sporting Goods**<br>**4626 Lenox Ave.**<br>**Jacksonville, FL 32205** | | DATE INCURRED: **04/01/2007**<br>CONSIDERATION:<br>**Sports Uniforms**<br>REMARKS: | | | | $2,634.31 |
| ACCT #: **xxxx-xxxx-xxxx-1668**<br>**Bank of America**<br>**P.O. Box 15184**<br>**Wilmington, DE 19850** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $663.08 |

Sheet no. _____**2**_____ of _____**20**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | $10,091.57

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **North Central Florida YMCA, Inc.**                         Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **YMCA**<br>**Bertie Heating & Air Conditioning Inc.**<br>**1730 NE 23rd Ave.**<br>**Gainesville, FL 32609** | | DATE INCURRED:  **04/08/2011**<br>CONSIDERATION:<br>**A/C repair**<br>REMARKS: | | | | **$803.00** |
| ACCT #:  **307720**<br>**Birch Communications**<br>**P.O. Box 122544**<br>**Dallas, TX 75312** | | DATE INCURRED:  **08/26/2009**<br>CONSIDERATION:<br>**Phone service**<br>REMARKS: | | | | **$1,707.01** |
| **Representing:**<br>**Birch Communications** | | **National Account Recoveries**<br>**P.O. Box 924047**<br>**Norcross, GA 30010-4047** | | | | **Notice Only** |
| ACCT #:  **NCF YMCA**<br>**BMI**<br>**10 Music Square East**<br>**Nashville, TN 37203** | | DATE INCURRED:  **09/2010**<br>CONSIDERATION:<br>**Music License**<br>REMARKS: | | | X | **$468.62** |
| ACCT #:  **YMCA**<br>**Bradford County School Board**<br>**501 W. Washington St.**<br>**Starke, FL 32091** | | DATE INCURRED:  **2010-2011**<br>CONSIDERATION:<br>**Rent for school for Afterschool (childare)**<br>REMARKS: | | | | **$511.99** |
| ACCT #:  **311291967**<br>**CenturyLink**<br>**P.O. Box 1319**<br>**Charlotte, NC 28201** | | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Phone and Internet**<br>REMARKS: | | | | **$299.66** |

Sheet no. ____3____ of ____20____ continuation sheets attached to                                    Subtotal >          **$3,790.28**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                          Total >
                                                  **(Use only on last page of the completed Schedule F.)**
                                   **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **North Central Florida YMCA, Inc.**                              Case No. _____

                                                                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:** **CenturyLink** | | **I.C. Systems, Inc.** **444 HWY 96 East** **St. Paul, MN 55164-0437** | | | | **Notice Only** |
| **Representing:** **CenturyLink** | | **I.C. Systems, Inc.** **P.O. Box 64437** **St. Paul, MN 55164-0437** | | | | **Notice Only** |
| ACCT #:  **148-03768** **Cintas Corp** **Location #148** **11600 NW 173rd St #150** **Alachua, FL 32615** | | DATE INCURRED:  **2007/2008** CONSIDERATION: **Custodial supplies** REMARKS: | | | | **$176.00** |
| **Representing:** **Cintas Corp** | | **Transworld Systems** **3450 Lakeside Drive #304** **Miramar, FL 33027** | | | | **Notice Only** |
| ACCT #:  **VC0000033310** **City of Gainesville** **P.O. Box 490** **Gainesville, FL 32602** | | DATE INCURRED:  **09/15/2009** CONSIDERATION: **Fire Inspection** REMARKS: | | | | **$50.00** |
| ACCT #:  **540640** **Classroom Direct** **MB Unit 67-3106** **Milwaukee, WI 53268** | | DATE INCURRED:  **07/31/2009** CONSIDERATION: **Summer camp supplies (construction paper, crayon** REMARKS: | | | | **$523.73** |

Sheet no. ____**4**____ of ____**20**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| **Subtotal >** | **$749.73** |
| **Total >** | |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **North Central Florida YMCA, Inc.**

Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing: Classroom Direct** | | **CMI Credit Mediators, Inc.** P.O. Box 456 Upper Darby, PA 19082-0456 | | | | **Notice Only** |
| ACCT #:  **688248-4** **Clay Electric** 11530 NW 39th Ave. Gainesville, FL 32606 | | DATE INCURRED:  **2011** CONSIDERATION: **Utilities** REMARKS: | | | | **$107.03** |
| ACCT #:  **LCF911UP** **Cleartel Communications** P.O. Box 6432 Carol Stream, IL 60197 | | DATE INCURRED:  **2009** CONSIDERATION: **Phone lines** REMARKS: | | | | **$61.25** |
| **Representing: Cleartel Communications** | | **Cleartel Communications** P.O. Box 4669 Winter Park, FL 32793 | | | | **Notice Only** |
| ACCT #:  **NCF911UP** **Cleartel Communications** P.O. Box 6432 Carol Stream, IL 60197 | | DATE INCURRED:  **2009** CONSIDERATION: **Phone lines** REMARKS: | | | | **$458.11** |
| **Representing: Cleartel Communications** | | **Cleartel Communications** P.O. Box 4669 Winter Park, FL 32793 | | | | **Notice Only** |

Sheet no. ____**5**____ of ____**20**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**      **$626.39**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **North Central Florida YMCA, Inc.**                    Case No. _____
                                                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **YMCA** <br> **Columbia County School District** <br> **School Food Service** <br> **372 West Duval St.** <br> **Lake City, FL 32055** | | DATE INCURRED:  **03/05/2008** <br> CONSIDERATION: <br> **Snacks for childcare** <br> REMARKS: | | | | $2,417.40 |
| ACCT #:  **NCF001** <br> **Comfort Systems USA** <br> **13040 West US Hwy 84** <br> **Newton, AL 36352** | | DATE INCURRED:  **2009** <br> CONSIDERATION: <br> **A/C repair** <br> REMARKS: | | | | $1,173.78 |
| ACCT #:  **275** <br> **Corporate Services Group** <br> **9501v Palm River Rd.** <br> **Tampa, FL 33619** | | DATE INCURRED:  **2011** <br> CONSIDERATION: <br> **water cooler rental** <br> REMARKS: | | | | $29.00 |
| ACCT #:  **001 1033 006507202** <br> **Cox Communications, Inc.** <br> **P.O. Box 9001077** <br> **Louisville, KY 40290** | | DATE INCURRED:  **09/28/2011** <br> CONSIDERATION: <br> **Phones & Internet** <br> REMARKS: | | | | $40.47 |
| ACCT #:  **001 1033 015958901** <br> **Cox Communications, Inc.** <br> **P.O. Box 9001077** <br> **Louisville, KY 40290** | | DATE INCURRED:  **9/29/2011** <br> CONSIDERATION: <br> **Phones & Internet** <br> REMARKS: | | | | $414.97 |
| ACCT #:  **14702** <br> **Crime Prevention Security Systems, LLC** <br> **P.O. Box 23406** <br> **Tampa, FL 33623** | | DATE INCURRED:  **2009/2011** <br> CONSIDERATION: <br> **Security alarm monitoring** <br> REMARKS: | | | | $1,039.49 |

Sheet no. ____6____ of ____20____ continuation sheets attached to       **Subtotal >**       $5,115.11
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              **Total >**
                                                  **(Use only on last page of the completed Schedule F.)**
                                         **(Report also on Summary of Schedules and, if applicable, on the**
                                         **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **North Central Florida YMCA, Inc.**                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:** **Crime Prevention Security Systems, LLC** | | **Crime Prevention Security Systems, LLC** P.O. Box 23406 **Tampa, FL 33623** | | | | **Notice Only** |
| ACCT #:  **250333** **Davis Supply** **P.O. Box 60095** **Ft. Myers, FL 33906** | | DATE INCURRED:  **2011** CONSIDERATION: **Pool chemicals** REMARKS: | | | | **$1,504.31** |
| ACCT #:  **1000566** **Daxko** **2204 Lakeshore Dr.** **Suite 206** **Birmingham, AL 35209** | | DATE INCURRED:  **10/1/2011** CONSIDERATION: **Membership software monthly service fee** REMARKS: | | | | **$2,250.92** |
| ACCT #:  **300357021** **Dex One** **P.O. Box 660834** **Dallas, TX 75266** | | DATE INCURRED:  **04/07/2010** CONSIDERATION: **Phone book advertising** REMARKS: | | | | **$261.99** |
| **Representing:** **Dex One** | | **Joseph, Mann & Creed** P.O. Box 22253 **Beachwood, OH 44122** | | | | **Notice Only** |
| **Representing:** **Dex One** | | **Joseph, Mann & Creed** **20600 Chagrin Blvd., STE 550** **Shaker HTS., OH 44122** | | | | **Notice Only** |

Sheet no. ____**7**____ of ____**20**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$4,017.22**

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **North Central Florida YMCA, Inc.**                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **48911**<br>**Doctors Laboratory of Gainesville**<br>**3601 SW 2nd Ave. Suite B**<br>**Gainesville, FL 32607** | | DATE INCURRED:  **03/2009**<br>CONSIDERATION:<br>**Drug Testing**<br>REMARKS: | | | | **$1,740.00** |
| **Representing:**<br>**Doctors Laboratory of Gainesville** | | **Credit Bureau Associates**<br>**120 N. Patterson St.**<br>**Valdosta, GA 31601** | | | | **Notice Only** |
| ACCT #:   **YMCA Norht Central Florida**<br>**Fitness Services of America, Inc.**<br>**12457 NW 44th St.**<br>**Coral Springs, FL 33065** | | DATE INCURRED:  **02/13/2009**<br>CONSIDERATION:<br>**Labor and repair materials for wellness equipment**<br>REMARKS: | | | | **$3,519.22** |
| ACCT #:  **347422**<br>**Florida Department of Revenue**<br>**5050 W. Tessessee St.**<br>**Tallahassee, FL 32399** | | DATE INCURRED:  **2009/2011**<br>CONSIDERATION:<br>**Unemployment taxes**<br>REMARKS: | | | | **$15,896.71** |
| ACCT #:  **YMCA**<br>**Florida Green Keepers, Inc.**<br>**1401 NW 53rd Ave.**<br>**Gainesville, FL 32609** | | DATE INCURRED:  **12/07/2007**<br>CONSIDERATION:<br>**Landscaping**<br>REMARKS: | | | | **$28,153.30** |
| ACCT #:   **The North Central FLorida YMCA**<br>**Frankel Media Group, LLC**<br>**The Village Journal**<br>**4300 NW 23rd Ave.**<br>**Suite 185**<br>**Gainesville, FL 32606** | | DATE INCURRED:  **7/29/2008**<br>CONSIDERATION:<br>**Advertisment**<br>REMARKS: | | | | **$2,731.25** |

Sheet no. ____**8**____ of ____**20**____ continuation sheets attached to                    **Subtotal >**    $52,040.48
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                                  **Total >**
                                                                    **(Use only on last page of the completed Schedule F.)**
                                                **(Report also on Summary of Schedules and, if applicable, on the**
                                                **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **North Central Florida YMCA, Inc.**                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:**<br>**Frankel Media Group, LLC** | | **MJ Altman Companies, Inc.**<br>**112 Southeast Fort King St.**<br>**Ocala, FL 34471** | | | | **Notice Only** |
| ACCT #:  **2913**<br>**Gainesville Area Chamber of Commerce**<br>**P.O. Box 1187**<br>**Gainesville, FL 32602** | | DATE INCURRED:  **2008/2009**<br>CONSIDERATION:<br>**Membership dues**<br>REMARKS: | | | | **$850.00** |
| ACCT #:  **2000-2138-0484**<br>**Gainesville Regional Utilities**<br>**301 SE 4 Ave.**<br>**Gainesville, FL 32601** | | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | **$872.61** |
| ACCT #:  **2000-2137-9171**<br>**Gainesville Regional Utilities**<br>**301 SE 4 Ave.**<br>**Gainesville, FL 32601** | | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | **$60.80** |
| ACCT #:  **2000-2138-3518**<br>**Gainesville Regional Utilities**<br>**301 SE4 Ave.**<br>**Gainesville, FL 32601** | | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | **$812.16** |
| ACCT #:  **2000-2138-4831**<br>**Gainesville Regional Utilities**<br>**301 SE 4 Ave.**<br>**Gainesville, FL 32601** | | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Utilities**<br>REMARKS: | | | | **$185.21** |

Sheet no. ____**9**____ of ____**20**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$2,780.78**

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **North Central Florida YMCA, Inc.**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **87690** <br> **Gator Fire Exingushier Company** <br> **1032 South Main St.** <br> **Gainesville, FL 32601** | | DATE INCURRED:  **09/16/2010** <br> CONSIDERATION: <br> **Annual Inspection** <br> REMARKS: | | | | **$115.00** |
| ACCT #:  **90133827453** <br> **GE Capital** <br> **P.O. Box 802585** <br> **Chicago, IL 60680** | | DATE INCURRED:  **2009** <br> CONSIDERATION: <br> **Copier** <br> REMARKS: | | | | **$9,093.17** |
| **Representing:** <br> **GE Capital** | | **Kenneth Schivone, Esq** <br> **United Portfolio Management, Inc** <br> **1360 Energy Park Drive** <br> **St. Pauls, MN 55108** | | | | **Notice Only** |
| ACCT #:  **North Central Florida YMCA** <br> **Howard Accounting & Business Consultin** <br> **622 SW 23rd Place** <br> **Gainesville, FL 32601** | | DATE INCURRED:  **11/30/2008** <br> CONSIDERATION: <br> **Data entry & Accounting service** <br> REMARKS: | | | | **$4,220.14** |
| ACCT #:  **15-004-102784-5** <br> **Imperial Credit Corporation** <br> **P.O. Box 9045** <br> **New York, NY 10087-9045** | | DATE INCURRED:  **2011** <br> CONSIDERATION: <br> **General Liability Insurance** <br> REMARKS: | | | | **$7,444.73** |
| ACCT #:  **NORCEN** <br> **Inaria International, Inc.** <br> **1539 S. Mason Rd. Suite 77** <br> **Katy, TX  77450** | | DATE INCURRED:  **02/12/2010** <br> CONSIDERATION: <br> **Soccer Jerseys** <br> REMARKS: | | | | **$4,706.40** |

Sheet no. ____**10**____ of ____**20**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$25,579.44**

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **North Central Florida YMCA, Inc.**                          Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **504372 1**<br>**James Moore & Co., P.L.**<br>**5931 NW 1st Place**<br>**Gainesville, FL 32607** | | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**Audit**<br>REMARKS: | | | | $1,225.00 |
| ACCT #:  **North Central Florida YMCA**<br>**Kattell and Company**<br>**808-B NW 16th Ave.**<br>**Gainesville, FL 32601** | | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Contracted CFO**<br>REMARKS: | | | | $2,000.00 |
| ACCT #:  **xx-xx-xx-xxxx-xxxx-0180**<br>**Ken Mahaffey, CFC**<br>**Tax Collector**<br>**P.O. Box 1339**<br>**Palatka, FL 32178** | | DATE INCURRED:  **2008/2010**<br>CONSIDERATION:<br>**Assessments**<br>REMARKS: | | | | $493.04 |
| ACCT #:  **6938**<br>**Lakeshore Bicycles & Fitness**<br>**2108 Blanding Blvd.**<br>**Jacksonville, FL 32210** | | DATE INCURRED:  **08/27/2010**<br>CONSIDERATION:<br>**Materials for Wellness equipment repair**<br>REMARKS: | | | | $105.90 |
| ACCT #:  **YMCA**<br>**Lightfoot Fire Extinguisher, Inc.**<br>**506 Madison St.**<br>**Palatka, FL 32177** | | DATE INCURRED:  **10/12/2010**<br>CONSIDERATION:<br>**Annual maintenance inspection**<br>REMARKS: | | | | $57.00 |
| ACCT #:  **NorthCentral Florida YMCA**<br>**Magnum Fitness Systems**<br>**2201 12th Ave.**<br>**South Milwaukee, WI 53172** | | DATE INCURRED:  **90/25/2008**<br>CONSIDERATION:<br>**Materials to repair Wellness equipment**<br>REMARKS: | | | | $175.85 |

Sheet no. ____11____ of ____20____ continuation sheets attached to                                    **Subtotal >**       $4,056.79
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                        **Total >**
                                                            **(Use only on last page of the completed Schedule F.)**
                                                  **(Report also on Summary of Schedules and, if applicable, on the**
                                                   **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **North Central Florida YMCA, Inc.**                    Case No. _____

                                                                              (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **YMCA**<br>**Mark Johnson**<br>**4913 NW 21st St.**<br>**Gainesville, FL 32605** | | DATE INCURRED: **2008 & 2010**<br>CONSIDERATION:<br>**No prior authorization and no backup documentation**<br>REMARKS: | | | X | $1,004.24 |
| ACCT #: **M1980-17114A**<br>**Mears Motor Leasing**<br>**P.O. Box 5855500**<br>**Orlando, FL 32858** | | DATE INCURRED: **2011**<br>CONSIDERATION:<br>**Little White Bus lease payment**<br>REMARKS: | | | | $773.00 |
| ACCT #: **4691143983**<br>**Mercantile Bank**<br>**P.O. Box 100201**<br>**Columbia, DC 29202** | X | DATE INCURRED: **03/30/2011**<br>CONSIDERATION:<br>**Deficiency on sale of 2007 Jeep Commander**<br>REMARKS: | | | | $2,827.94 |
| **Representing:**<br>**Mercantile Bank** | | **TD Bank N.A.**<br>**Attn: Recovery Department**<br>**P.O. Box 9547**<br>**Portland, ME 04112** | | | | **Notice Only** |
| **Representing:**<br>**Mercantile Bank** | | **TD Bank N.A.**<br>**P.O. Box 3002**<br>**Phoenixville, PA 19460** | | | | **Notice Only** |
| ACCT #: **NCF YMCA**<br>**Metro Trophy**<br>**1035 North Thornton Ave.**<br>**Orlando, FL 32803** | | DATE INCURRED: **04/20/2011**<br>CONSIDERATION:<br>**Final judgement/Jersey purchases**<br>REMARKS: | | | | $4,221.97 |

Sheet no. ____**12**____ of ____**20**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $8,827.15

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **North Central Florida YMCA, Inc.**                              Case No. _____
                                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:** **Metro Trophy** | | **Daniel Brown** **1035 N. Thornton Ave.** **Orlando, FL 32803** | | | | **Notice Only** |
| ACCT #:  **707-597-00** **Nasco** **901 Janesville  Ave.** **Fort Atkinson, WI 53538** | | DATE INCURRED:  **07/10/2008** CONSIDERATION: **Summer Camp supplies** REMARKS: | | | | **$171.77** |
| **Representing:** **Nasco** | | **Margraf Collection Agency, Inc.** **P.O. Box 306** **Fort Atkinson, WI 53538** | | | | **Notice Only** |
| ACCT #:  **North Central Florida YMCA** **Newman's Heating & Air Conditioning, Inc** **P.O. Box 5425** **Gainesville, FL 32627** | | DATE INCURRED:  **06/07/2010** CONSIDERATION: **A/C repair** REMARKS: | | | | **$5,620.17** |
| **Representing:** **Newman's Heating & Air Conditioning, Inc** | | **John F. Hayter P.A.** **704 NW 1st St.** **Gainesville, FL 32601** | | | | **Notice Only** |
| ACCT #:  **NCF YMCA** **NFL Flag** **1116 East Market Street** **Indianapolis, IN 46202** | | DATE INCURRED:  **10/4/2011** CONSIDERATION: **NFL Flag Jerseys** REMARKS: | | | | **$4,000.00** |

Sheet no. _____**13**_____ of _____**20**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$9,791.94**

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **North Central Florida YMCA, Inc.**                    Case No. _____

                                                                           (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **N. Ctr. FL YMCA**<br>**Olaf Jordan Enterprises, Inc.**<br>**P.O. Box 141056**<br>**Gainesville, FL 32614** | | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Pool supplies**<br>REMARKS: | | | | $1,681.27 |
| ACCT #:  **0303653**<br>**Orkin**<br>**2943 SW Williston Rd.**<br>**Gainesville, FL 32608** | | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Pest Control**<br>REMARKS: | | | | $1,300.00 |
| ACCT #:  **YMCANC1001**<br>**Phil Balducci & Associates, Inc.**<br>**918 River Basin Ct., #202**<br>**Bradenton, FL 34212** | | DATE INCURRED:  **08/03/2010**<br>CONSIDERATION:<br>**SW Feasibility Research**<br>REMARKS: | | | | $11,529.00 |
| ACCT #:  **590457**<br>**Philadelphia Insurance**<br>**P.O. Box 70251**<br>**Philadelphia, PA 19176** | | DATE INCURRED:  **7/2011**<br>CONSIDERATION:<br>**D & O Insuance**<br>REMARKS: | | | | $550.35 |
| ACCT #:  **YMCA Gainesville**<br>**Play It Again Sports #10714**<br>**3425 W University Ave**<br>**Gainesville, FL 32607** | | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Soccer uniforms**<br>REMARKS: | | | | $2,275.50 |
| ACCT #:  **9981**<br>**Preston - Link Electric, Inc.**<br>**4000 SW 35th Terrace**<br>**Gainesville, FL 32608** | | DATE INCURRED:  **01/2010**<br>CONSIDERATION:<br>**Gym Lamps**<br>REMARKS: | | | | $660.00 |

Sheet no. ___**14**___ of ___**20**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     $17,996.12

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **North Central Florida YMCA, Inc.**                    Case No. _____
                                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **North Central Florida YMCA**<br>**Protime Sports Inc.**<br>**17600 W. Valley Hwy**<br>**Seattle, WA 98188** | | DATE INCURRED:  **3/8/2011**<br>CONSIDERATION:<br>**Soccer uniforms**<br>REMARKS: | | | | **$4,420.82** |
| ACCT #:  **North Central FLorida YMCA**<br>**Quality Plumbing**<br>**6318 NW 18th Drive**<br>**Gainesville, FL 32653** | | DATE INCURRED:  **06/16/2009**<br>CONSIDERATION:<br>**repair to drinking fountain**<br>REMARKS: | | | | **$129.31** |
| ACCT #:  **YMCA**<br>**Ray Cone Automotive, Inc.**<br>**3035 N.E. 19th Drive**<br>**Gainesville, FL 32609** | | DATE INCURRED:  **2010-2011**<br>CONSIDERATION:<br>**Bus repair**<br>REMARKS: | | | | **$690.98** |
| ACCT #:  **0517209**<br>**Resource One**<br>**P.O. Box 1990**<br>**Largo, FL 33779** | | DATE INCURRED:  **10/22/2007**<br>CONSIDERATION:<br>**Custodial Supplies**<br>REMARKS: | | | | **$1,102.38** |
| ACCT #:  **5329411**<br>**Rotary Club of Gainesville**<br>**P.O. Box 357755**<br>**Gainesville, FL 32635** | | DATE INCURRED:  **2008/2009**<br>CONSIDERATION:<br>**Membership dues**<br>REMARKS: | | | | **$938.00** |
| ACCT #:  **YMCA**<br>**Shawn Patch**<br>**10005 NW 136 Dr.**<br>**Alachua, FL 32615** | | DATE INCURRED:  **2009/2011**<br>CONSIDERATION:<br>**Reimbursement for cell phone & Vehicle maintenan**<br>REMARKS: | | | X | **$32,347.64** |

Sheet no. ____**15**____ of ____**20**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$39,629.13**

Total >

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **North Central Florida YMCA, Inc.**                    Case No. _____
                                                                         (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **YMCA Gainesville**<br>**SimplexGrinnell**<br>**10255 Fortune Pkwy**<br>**Jacksonville, FL 32256** | | DATE INCURRED:  **4/18/2011**<br>CONSIDERATION:<br>**Service call for fire alarm panel**<br>REMARKS: | | | | **$401.00** |
| **Representing:**<br>**SimplexGrinnell** | | **SimplexGrinnell**<br>**Dept. CH 10320**<br>**Palatine, IL 60055** | | | | **Notice Only** |
| ACCT #:  **YMCA Northwood**<br>**Sound Advice Marketing**<br>**7170 S. Braden Ave. Ste. 210**<br>**Tulsa, OK 74136** | | DATE INCURRED:  **08/01/2010**<br>CONSIDERATION:<br>**On Hold Service**<br>REMARKS: | | | | **$468.00** |
| ACCT #:  **115173**<br>**Sportsmith**<br>**5925 118th East Ave.**<br>**Tulsa, OK 74146** | | DATE INCURRED:  **07/2011**<br>CONSIDERATION:<br>**Parts for spin bikes**<br>REMARKS: | | | | **$440.14** |
| ACCT #:  **2997**<br>**Star Trac**<br>**P.O. Box 8323**<br>**Pasadena, CA 91109** | | DATE INCURRED:  **10/23/2010**<br>CONSIDERATION:<br>**Material to repair wellness equipment**<br>REMARKS: | | | | **$437.80** |
| ACCT #:  **xxxx-xxxx-xxxx-4118**<br>**SunTrust**<br>**P.O. Box 4997**<br>**Orlando, FL 32802** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$4,314.89** |

Sheet no. ____**16**____ of ____**20**____ continuation sheets attached to                                      Subtotal >     **$6,061.83**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                         Total >
                                   **(Use only on last page of the completed Schedule F.)**
                          **(Report also on Summary of Schedules and, if applicable, on the**
                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **North Central Florida YMCA, Inc.**                    Case No. _____
                                                                                    (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| **Representing:** **SunTrust** | | **SunTrust** P.O. Box 791250 Baltimore, MD 21279 | | | | **Notice Only** |
| ACCT #:  **YMCA** **Terry's Gas Service, Inc.** **8909 SW 102 Ave.** **Gainesville, FL 32608** | | DATE INCURRED:  **11/16/2010** CONSIDERATION: **Pool Heater repair** REMARKS: | | | | **$1,049.32** |
| **Representing:** **Terry's Gas Service, Inc.** | | **Hunter Warfield** P.O. Box 41309 Nashville, FL 37204 | | | | **Notice Only** |
| ACCT #:   **North Central Florida YMCA** **Triangle 2** **725 W. Gilbert Rd.** **Palatine, IL 60067** | | DATE INCURRED:  **2008** CONSIDERATION: **Capital Consulting** REMARKS: | | | | **$4,875.77** |
| ACCT #:  **4076899322** **U.S. Bank** **CM-9690** **St. Pauls, MN 55170** | | DATE INCURRED:  **6/2009** CONSIDERATION: **Adminstration fees for Bond** REMARKS: | | | | **$2,500.00** |
| ACCT #:  **877** **United Way of North Central Florida** **6031 NW 1st Place** **Gainesville, FL 32607** | | DATE INCURRED:  **2008** CONSIDERATION: **Employee Contribution** REMARKS: | | | | **$1,450.00** |

Sheet no. _____**17**_____ of _____**20**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >     **$9,875.09**

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **North Central Florida YMCA, Inc.**    Case No. _____
                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx-xx8-000** <br> **Von Fraser, CFC** <br> **Tax Collector** <br> **P.O. Box 142530** <br> **Gainesville, FL 32614** | | DATE INCURRED:  **2010** <br> CONSIDERATION: <br> **Assessments** <br> REMARKS: | | | | $374.95 |
| ACCT #:  **xxxxx-xx0-000** <br> **Von Fraser, CFC** <br> **Tax Collector** <br> **P.O. Boc 142530** <br> **Gainesville, FL 32614** | | DATE INCURRED:  **2010** <br> CONSIDERATION: <br> **Assessments** <br> REMARKS: | | | | $226.53 |
| ACCT #:  **xxxxx-xx2-000** <br> **Von Fraser, CFC** <br> **Tax Collector** <br> **P.O. Boc 142530** <br> **Gainesville, FL 32614** | | DATE INCURRED:  **2010** <br> CONSIDERATION: <br> **Assessments** <br> REMARKS: | | | | $37.54 |
| ACCT #:  **xxxxx-xx5-000** <br> **Von Fraser, CFC** <br> **Tax Collector** <br> **P.O. Boc 142530** <br> **Gainesville, FL 32614** | | DATE INCURRED:  **2010** <br> CONSIDERATION: <br> **Assessments** <br> REMARKS: | | | | $1,633.76 |
| ACCT #:  **YMCA** <br> **Wally's Heating and Air Conditioning** <br> **P.O. Box 634** <br> **Orange Park, FL 32073** | | DATE INCURRED:  **01/22/2009** <br> CONSIDERATION: <br> **Pool heater repair** <br> REMARKS: | | | | $1,755.08 |
| ACCT #:  **YMCA** <br> **Watson Sitework, LLC** <br> **dba Watson Construction Co., Inc.** <br> **940 NW 247th Drive** <br> **Newberry, FL 32669** | | DATE INCURRED:  **07/2010** <br> CONSIDERATION: <br> **Grading fields** <br> REMARKS: | | | | $495.00 |

Sheet no. ____**18**____ of ____**20**____ continuation sheets attached to          **Subtotal >**          **$4,522.86**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **North Central Florida YMCA, Inc.**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  026-048934<br>**WCA of Central Florida**<br>**5002 SW 41st Blvd.**<br>**Gainesville, FL 32608** | | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Trash**<br>REMARKS: | | | | $283.96 |
| ACCT #:  026-049113<br>**WCA of Central Florida**<br>**5002 SW 41st Blvd.**<br>**Gainesville, FL 32608** | | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Trash**<br>REMARKS: | | | | $177.64 |
| ACCT #:  026-049111<br>**WCA of Central Florida**<br>**5002 SW 41st Blvd.**<br>**Gainesville, FL 32608** | | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Trash**<br>REMARKS: | | | | $1,719.38 |
| ACCT #:  060418352<br>**Windstream**<br>**P.O. Box 9001908**<br>**Louisville, KY 40290** | | DATE INCURRED:  **9/15/2011**<br>CONSIDERATION:<br>**Phone line**<br>REMARKS: | | | | $154.63 |
| ACCT #:  0410-00-724672-1<br>**Wright Express Fleet Services**<br>**P.O. Box 6293**<br>**Carol Stream, IL 60197** | | DATE INCURRED:  **2011**<br>CONSIDERATION:<br>**Fuel for Buses**<br>REMARKS: | | | | $1,270.38 |
| ACCT #:  8188R-0031708686<br>**YBA Shirts**<br>**312 south 700 West**<br>**Pleasant Grove, UT 84062** | | DATE INCURRED:  **11/11/2009**<br>CONSIDERATION:<br>**Jerseys**<br>REMARKS: | | | | $3,975.29 |

Sheet no. ___**19**___ of ___**20**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $7,581.28

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **North Central Florida YMCA, Inc.**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| Representing: YBA Shirts | | Transworld Systems P.O. Box 1864 Santa Rosa, CA 95402 | | | | Notice Only |
| Representing: YBA Shirts | | Transworld Systems 3450 Lakeside Drive #304 Miramar, FL 33027 | | | | Notice Only |
| ACCT #:  **1209** **YMCA of the USA** **101 Wacker Drive** **Chicago, IL 60606** | | DATE INCURRED:  **2010-2011** CONSIDERATION: **Fair share/ Licensing Fees** REMARKS: | | | | $64,904.36 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Sheet no. _____**20**_____ of _____**20**_____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $64,904.36

Total >   $296,698.95

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **North Central Florida YMCA, Inc.**                        Case No. _____
                                                                                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Back to Basics Lawn Care** 110 SW 145th Dr. #3 Newberry, FL 32669 | Landscaping Contract to be ASSUMED |
| **Bradford County School Board** 501 West Washington St. Starke, FL 32091 | Building rental for Afterschool Childcare |
| **Daxko, LLC** 600 University Park Place, Suite 500 Birmingham, AL 35209 | Membership Software - Monthly Service fee Contract to be ASSUMED |
| **Harold Cook** 4615 Chokecherry Trail # 6 Fort Collins, CO 80526 | Contract CEO Contract to be ASSUMED |
| **Kattell and Company, P.L.** 808-B NW 16th Ave. Gainesville, FL 32601 | Contract CFO Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re **North Central Florida YMCA, Inc.**                              Case No. _____
                                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Mears Motor Leasing**<br>3905 El Rey Rd.<br>Orlando, FL 32808 | 2004 Chevrolet Chassis/Mid bus body 14 Passenger Bus - Lease<br>Contract to be ASSUMED |
| **Orkin**<br>2943 SW Williston Rd.<br>Gainesville, FL 32608 | Pest Control<br>Contract to be ASSUMED |
| **Shawn Patch**<br>10005 NW 136 DR.<br>Alachua, FL 32615 | Severance Agreement<br>Contract to be REJECTED |

B6H (Official Form 6H) (12/07)

In re  **North Central Florida YMCA, Inc.**                    Case No. _____
                                                                        (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Shawn Patch**<br>10005 NW 136 Dr.<br>Alachua, FL 32615 | **Mercantile Bank**<br>P.O. Box 100201<br>Columbia, DC 29202 |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

In re  **North Central Florida YMCA, Inc.**                    Case No.

Chapter        **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $4,009,704.41 | | |
| B - Personal Property | Yes | 4 | $69,642.24 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $5,267,267.91 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $54,975.38 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | $296,698.95 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 34 | $4,079,346.65 | $5,618,942.24 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **North Central Florida YMCA, Inc.**                              Case No. _____

                                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____*Interim CEO*_____ of the _____**Corporation**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**36**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date __**11/4/2011**_____         Signature __**/s/ Harold Cook**_____
                                                              **Harold Cook**
                                                              **Interim CEO**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571._

B7 (Official Form 7) (04/10)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

In re:  **North Central Florida YMCA, Inc.**                    Case No. _____

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$4,886,894.00** | **2009 & 2010 990** |

**2. Income other than from employment or operation of business**

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☑

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☑

c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| 01-2011-CA-638 | Suntrust | Eight Judicial Circuit Court | Pending |
| 2011 SC 2000 | Metro Trophy | Ninth Judicial Circuit Court | |

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

In re:  **North Central Florida YMCA, Inc.**

Case No. _____
(if known)

# STATEMENT OF FINANCIAL AFFAIRS
Continuation Sheet No. 1

| **11-SC-3178** | **Newmans Heating &** | **Eighth Judicial Circuit** | **Final Judgment** |
|---|---|---|---|
| | **Air conditioning** | **Court** | |

None ☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Florida UC/DOR**<br>**CCOC Building 3 Floor 2**<br>**Attn; Lavonia Watson Cube 555**<br>**2450 Shumard Oak Blvd.**<br>**Tallahassee, FL 32399**<br>**850-617-8726** | **02/23/2011** | **Cash $21,896.83** |
| **Metro Trophy**<br>**1035 N. Thornton Ave.**<br>**Orlando, FL 32803** | **11/2/2011** | **CASH $6,000.00**<br>**Basketball Jersey** |
| **SunState Federal Credit Union**<br>**405 SE 2nd Place**<br>**PO Box 1162**<br>**Gainesville, Florida 32602-1162** | **10/27/2011** | **real property described in Warranty Deed recorded on 12/18/2006 as Instrument #2006202516 in Official Records Book 1190 at Page 537 in Bradford County, Florida; real property described in Warranty Deed recorded on 12/18/2006 as Instrument #2006202518 in Official Records Book 1190 at Page 540 in Bradford County, Florida**<br>**$0.00** |
| **RBC Bank**<br>**420 S. Orange Avenue, Suite 300**<br>**Orlando, Florida 32801** | **N/A** | **1303 NE 23rd. Ave.**<br>**Gainesville, FL 32609** |

## 5. Repossessions, foreclosures and returns

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Mercantile Bank**<br>**4620 NW 39th Ave., Suite A**<br>**Magnolia Park Branch**<br>**Gainesville, FL 32606**<br>**352-373-3310** | **02/2011** | **2007 Jeep Commander**<br>**$9,850.00** |

## 6. Assignments and receiverships

None ☑

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

In re:  **North Central Florida YMCA, Inc.**                    Case No. _____

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None
☑   b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None
☑   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None
☑   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None
☑   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

---

### 10. Other transfers

None
☐   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **SunTrust Bank 7455 Chancellor Drive Orlando, Florida 32809 Lendor/Leinholder** | **July 27, 2011** | **Bradford County YMCA 452 N. Temple Ave. Starke, FL 32091 (real property described in Warranty Deed recorded on 12/18/2006 as Instrument #2006202516 in Official Records Book 1190 at Page 537 in Bradford County, Florida; real property described in Warranty Deed recorded on 12/18/2006 as Instrument #2006202518 in Official Records Book 1190 at Page 540 in Bradford County, Florida) $0.00** |
| **Putnam Family Fitness Center, Inc. 284 Union Avenue Crescent City, Florida 32112 Previous Affiliate Branch** | **October 1, 2011** | **Putnam Facilities located at 284 Union Avenue in Crescent City, Florida 32112 including personal property and equipment contained therein and associated with operation of Putnam Facility. $1.00** |

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

In re:  **North Central Florida YMCA, Inc.**                                 Case No.  _____

                                                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

None ☑

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

## 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **SunState Federal Credit Union**<br>**2516 NW 43rd St.**<br>**Gainesville, FL 32606** | **Checking - 7824 - $2.13**<br>**Savings - 7824 - $25.00**<br>**Savings - 2760 - $25.00**<br>**Checking - 2760 - $.78**<br>**Checking - 2760-80 - $40.00**<br>**Checking -2760 -83 - $9.14**<br>**Savings - 8262 - $30.00** | **05/18/2011** |

---

## 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

## 13. Setoffs

None ☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| **Staunton- Augusta Family YMCA**<br>**708 N. Coalter St.**<br>**Staunton, VA 24401**<br>**540-885-8089** | **02/28/2011** | **$1,250.00** |

---

## 14. Property held for another person

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Gymnastics Booster**<br>**5201 NW 34th St.**<br>**Gainesville, FL 32605** | **Cash - $5,832.09** | **5201 NW 34th St.**<br>**Gainesville, FL 32605** |
| **BoyScouts of America Troop #617**<br>**5201 NW 34th St.**<br>**Gainesville, FL 32605** | **Cash - $1,000.00** | **5201 NW 34th St.**<br>**Gainesville, FL 32605** |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

In re:   **North Central Florida YMCA, Inc.**                Case No.  _____
                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

None
☑
### 15. Prior address of debtor

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

None
☑
### 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

### 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None
☑
a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None
☑
b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None
☑
c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

None
☑
### 18. Nature, location and name of business

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

In re:  **North Central Florida YMCA, Inc.**

Case No.  _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None
☑  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None
☐  a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Kattell and Comapny, P.L.**<br>**8088 NW 16th Ave.**<br>**Gainesville, FL 32601** | **Kattell and Company - 2008 - current** |
| | **John Bunting - 2008-2010** |
| **John Bunting**<br>**(Currently @ Infinite Energy)**<br>**7001 SW 24th Ave.**<br>**Gainesville, FL 32607** | **Cynthia Riddling - 2008 - current** |
| **Cynthia Riddling**<br>**5201 NW 34th St.**<br>**Gainesville, FL 32605** | |

---

None
☐  b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Kattell and Company, P.L.**<br>**8088 NW 16th Ave.**<br>**Gainesville, FL 32601** | **2008 - current** |

---

None
☐  c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Kattell and Company, P.L.** | **Kattell and Company, P.L.**<br>**8088 NW 16th Ave.**<br>**Gainesville, FL 32601** |
| **Cynthia Riddling** | **Cynthia Riddling**<br>**5201 NW 34th St.**<br>**Gainesville, FL 32605** |

B7 (Official Form 7) (04/10) - Cont.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

In re:  **North Central Florida YMCA, Inc.**                                    Case No.  _____

                                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

None ☐

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Capital City Bank**<br>**350 Temple Ave.**<br>**Starke, FL 32091** | **11-23-2010** |
| **RBC Bank**<br>**4340 W. Newberry Rd. Ste 101**<br>**Gainesville, FL 32607** | |
| **Wachovia Bank**<br>**3838 NW 13th St.**<br>**Gainesville, FL 32609** | |

---

### 20. Inventories

None ☑

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑

b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☑

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☑

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

---

### 22. Former partners, officers, directors and shareholders

None ☑

a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☐

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME, ADDRESS AND TITLE | DATE OF TERMINATION |
|---|---|
| **Shawn Patch**<br>**10005 NW 136 Dr.**<br>**Alachua, FL 32615**<br>**CEO** | **02/09/2011** |
| **Mark Johnson**<br>**4913 NW 21 St.**<br>**Gainesville, FL 32605**<br>**COO** | **01/31/2010** |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

In re:  **North Central Florida YMCA, Inc.**                     Case No. _____
                                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

**John Bunting**                          11/24/2010
**133 SW 130th Way #201**
**Jonesville, FL 32669**
**CFO**

---

**23. Withdrawals from a partnership or distributions by a corporation**

None
☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None
☑   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds**

None
☐   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER-IDENTIFICATION NUMBER (EIN) |
|---|---|
| **YMCA Retirement** | **13-5562401** |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

In re:   **North Central Florida YMCA, Inc.**                              Case No. _____
                                                                                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 8*

---

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date ___**11/4/2011**_____          Signature __**/s/ Harold Cook**_____

                                                                                                    ***Harold Cook***
                                                                                                    ***Interim CEO***

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

IN RE:   **North Central Florida YMCA, Inc.**                       CASE NO

                                                                    CHAPTER   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept:                **$0.00**

   Prior to the filing of this statement I have received:       **$0.00**

   Balance Due:                                                 **$0.00**

2. The source of the compensation paid to me was:

   ☐ Debtor              ☑ Other (specify)
                         **The Debtor's attorney has agreed to represent the debtor without compensation.  The debtor paid $1,500.00 toward fees 11-2-2011**

3. The source of compensation to be paid to me is:

   ☑ Debtor              ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

   _____11/4/2011_____                    /s/ Seldon J. Childers
            *Date*                        *Seldon J. Childers*                    Bar No.  61112
                                          ChildersLaw, LLC
                                          Sixth Street Executive Center
                                          1330 NW Sixth St., Suite C
                                          Gainesville, FL 32601
                                          jchilders@smartbizlaw.com
                                          Phone: (866) 996-6104 / Fax: (407) 209-3870

---

   **/s/ Harold Cook**
   _____

   *Harold Cook*
   *Interim CEO*

B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

IN RE:  **North Central Florida YMCA, Inc.**

Case No.

Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Wells Business BKG Support Group<br>MAC N9306 - 101<br>P.O. Box 202902<br>Dallas, TX 75320 | | Fee Simple | | **$2,965,090.17**<br><br>**Value: $2,126,953.12** |
| YMCA of the USA<br>101 Wacker Drive<br>Chicago, IL 60606 | | Fair share/ Licensing Fees | | **$64,904.36** |
| Shawn Patch<br>10005 NW 136 Dr.<br>Alachua, FL 32615 | | Reimbursement for cell phone & Vehicle maintenance | *Disputed* | **$32,347.64** |
| Gainesville Regional Utilities<br>301 SE 4 Ave.<br>Gainesville, FL 32601 | | Utilities | | **$28,188.08** |
| Florida Green Keepers, Inc.<br>1401 NW 53rd Ave.<br>Gainesville, FL 32609 | | Landscaping | | **$28,153.30** |
| Harold Cook<br>4615 Chokecherry Trail #6<br>Fort Collins, CO 80526 | | Contracted CEO.  Contract Salary: $7,000/mo. x 3 m | | **$23,430.29** |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

IN RE:   **North Central Florida YMCA, Inc.**

Case No.

Chapter     **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Florida Department of Revenue<br>5050 W. Tessessee St.<br>Tallahassee, FL 32399 | | Unemployment taxes | | **$15,896.71** |
| Phil Balducci & Associates, Inc.<br>918 River Basin Ct., #202<br>Bradenton, FL 34212 | | SW Feasibility Research | | **$11,529.00** |
| Alachua County Public Schools<br>Kirby-Smith Administration Center<br>620 East University Ave.<br>Gainesville, FL 32601 | | Meals and Snacks for Childcare | | **$10,798.95** |
| GE Capital<br>P.O. Box 802585<br>Chicago, IL 60680 | | Copier | | **$9,093.17** |
| Canon Financial Services, Inc.<br>C/O Capital and Credit Solutions<br>P.O. Box 1226<br>Kennett Square, PA 19348 | | Copier | | **$8,613.53**<br>**Value: $0.00** |
| Imperial Credit Corporation<br>P.O. Box 9045<br>New York, NY 10087-9045 | | General Liability Insurance | | **$7,444.73** |
| Newman's Heating & Air Conditioning, Inc<br>P.O. Box 5425<br>Gainesville, FL 32627 | | A/C repair | | **$5,620.17** |

B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

IN RE:   **North Central Florida YMCA, Inc.**                                    Case No.

                                                                                 Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1)<br><br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br><br>Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Triangle 2<br>725 W. Gilbert Rd.<br>Palatine, IL 60067 | | Capital Consulting | | **$4,875.77** |
| Inaria International, Inc.<br><br>1539 S. Mason Rd. Suite 77<br>Katy, TX  77450 | | Soccer Jerseys | | **$4,706.40** |
| AT&T Advertising Solutions<br>P.O. Box 5001<br>Carol Stream, IL | | Advertising | | **$4,694.18** |
| Protime Sports Inc.<br>17600 W. Valley Hwy<br>Seattle, WA 98188 | | Soccer uniforms | | **$4,420.82** |
| SunTrust<br>P.O. Box 4997<br>Orlando, FL 32802 | | Credit Card | | **$4,314.89** |
| American Soccer Company, inc.<br>726 E. Anaheim St.<br>Wilmington, CA 90744 | | Soccer uniforms | | **$4,236.32** |
| Metro Trophy<br>1035 North Thornton Ave.<br>Orlando, FL 32803 | | Final judgement/Jersey purchases | | **$4,221.97** |

B4 (Official Form 4) (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

IN RE:   **North Central Florida YMCA, Inc.**                                    Case No.

                                                                                  Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the _____**Interim CEO**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the
best of my information and belief.


Date:__**11/4/2011**_____        Signature:__**/s/ Harold Cook**_____
                                                                 ***Harold Cook***
                                                                 **Interim CEO**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

IN RE:   **North Central Florida YMCA, Inc.**                    CASE NO

                                        CHAPTER    **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  11/4/2011 _____      Signature  _/s/ Harold Cook_____
                                               *Harold Cook*
                                               *Interim CEO*

Date _____      Signature _____

                               _/s/ Seldon J. Childers_____
                               *Seldon J. Childers*
                               *61112*
                               *ChildersLaw, LLC*
                               *Sixth Street Executive Center*
                               *1330 NW Sixth St., Suite C*
                               *Gainesville, FL 32601*
                               *jchilders@smartbizlaw.com*
                               *(866) 996-6104*

Accord Creditor Services
P.O. Box 10001
Newnan, GA 30271

AT&T
P.O. Box 105262
Altanta, GA 30348

Capital City Bank
P.O. Box 900
Tallahassee, FL 32301

ADP, Inc.
P.O. Box 9001006
Louisville, KY 40290

AT&T Advertising Solutions
P.O. Box 5001
Carol Stream, IL

CenturyLink
P.O. Box 1319
Charlotte, NC 28201

Advanced Security & Communications
P.O.Box 458
New Smyrna Beach, FL 32170

Back to Basics Lawn Care
1808 SW 78th St.
Gainesville, FL 32607

Chris Henderson, Esq.
Smith, Hulsey and Busey
225 Water Street
Suite 1800
Jacksonville, FL 32202

Aflac
1932 Wynnton Rd.
Columbus, GA 31999

Baker's Sporting Goods
4626 Lenox Ave.
Jacksonville, FL 32205

Cintas Corp
Location #148
11600 NW 173rd St #150
Alachua, FL 32615

Alachua County Public Schools
Kirby-Smith Administration Center
620 East University Ave.
Gainesville, FL 32601

Bank of America
P.O. Box 15184
Wilmington, DE 19850

City of Gainesville
P.O. Box 490
Gainesville, FL 32602

Alachua Fire Extinguisher Co., Inc
2939 SW Williston Rd.
Gainesville, FL 32608

Bertie Heating & Air Conditioning
1730 NE 23rd Ave.
Gainesville, FL 32609

Classroom Direct
MB Unit 67-3106
Milwaukee, WI 53268

All County Lock
2418 Crill Ave.
Palatka, FL 32177

Birch Communications
P.O. Box 122544
Dallas, TX 75312

Clay Electric
11530 NW 39th Ave.
Gainesville, FL 32606

American Soccer Company, inc.
726 E. Anaheim St.
Wilmington, CA 90744

BMI
10 Music Square East
Nashville, TN 37203

Cleartel Communications
P.O. Box 6432
Carol Stream, IL 60197

Aquatic Maintenance
3536 NW 10th Ave.
Gainesville, FL 32605

Bradford County School Board
501 W. Washington St.
Starke, FL 32091

Cleartel Communications
P.O. Box 4669
Winter Park, FL 32793

Aquatic Technology, Inc.
36 Maple St.
Vassalboro, ME 04989

Canon Financial Services, Inc.
C/O Capital and Credit Solutions
P.O. Box 1226
Kennett Square, PA 19348

CMI Credit Mediators, Inc.
P.O. Box 456
Upper Darby, PA 19082-0456

Columbia County School District
School Food Service
372 West Duval St.
Lake City, FL 32055

Daxko
2204 Lakeshore Dr.
Suite 206
Birmingham, AL 35209

Gainesville Regional Utilities
301 SE 4 Ave.
Gainesville, FL 32601

Comfort Systems USA
13040 West US Hwy 84
Newton, AL 36352

Dex One
P.O. Box 660834
Dallas, TX 75266

Gainesville Regional Utilities
301 SE4 Ave.
Gainesville, FL 32601

Corporate Services Group
9501v Palm River Rd.
Tampa, FL 33619

Doctors Laboratory of Gainesville
3601 SW 2nd Ave. Suite B
Gainesville, FL 32607

Gator Fire Exingusher Company
1032 South Main St.
Gainesville, FL 32601

Cox Communications, Inc.
P.O. Box 9001077
Louisville, KY 40290

Fitness Services of America, Inc.
12457 NW 44th St.
Coral Springs, FL 33065

GE Capital
P.O. Box 802585
Chicago, IL 60680

Credit Bureau Associates
120 N. Patterson St.
Valdosta, GA 31601

Fleischer, Fleischer & Suglia
Plaza 1000 at Main Street
Voorhees, NJ 08043

Harold Cook
4615 Chokecherry Trail #6
Fort Collins, CO 80526

Creditwatch
P.O. Box 156269
Fort Worth, TX 76155

Florida Department of Revenue
5050 W. Tessessee St.
Tallahassee, FL 32399

Howard Accounting & Business Consul
622 SW 23rd Place
Gainesville, FL 32601

CreditWatch
4690 Diplomacy Rd.
Suite 100
Fort Worth, TX 76155

Florida Green Keepers, Inc.
1401 NW 53rd Ave.
Gainesville, FL 32609

Hunter Warfield
P.O. Box 41309
Nashville, FL 37204

Crime Prevention Security Systems,
P.O. Box 23406
Tampa, FL 33623

Frankel Media Group, LLC
The Village Journal
4300 NW 23rd Ave.
Suite 185
Gainesville, FL 32606

I.C. Systems, Inc.
444 HWY 96 East
St. Paul, MN 55164-0437

Daniel Brown
1035 N. Thornton Ave.
Orlando, FL 32803

Franklin Collection Services, Inc.
P.O. Box 3910
Tupelo, MS 38803

I.C. Systems, Inc.
P.O. Box 64437
St. Paul, MN 55164-0437

Davis Supply
P.O. Box 60095
Ft. Myers, FL 33906

Gainesville Area Chamber of Commerc
P.O. Box 1187
Gainesville, FL 32602

Imperial Credit Corporation
P.O. Box 9045
New York, NY 10087-9045

Inaria International, Inc.
1539 S. Mason Rd. Suite 77
Katy, TX  77450

Magnum Fitness Systems
2201 12th Ave.
South Milwaukee, WI 53172

NFL Flag
1116 East Market Street
Indianapolis, IN 46202

James Moore & Co., P.L.
5931 NW 1st Place
Gainesville, FL 32607

Margraf Collection Agency, Inc.
P.O. Box 306
Fort Atkinson, WI 53538

Olaf Jordan Enterprises, Inc.
P.O. Box 141056
Gainesville, FL 32614

John F. Hayter P.A.
704 NW 1st St.
Gainesville, FL 32601

Mark Johnson
4913 NW 21st St.
Gainesville, FL 32605

Orkin
2943 SW Williston Rd.
Gainesville, FL 32608

Joseph, Mann & Creed
P.O. Box 22253
Beachwood, OH 44122

Mears Motor Leasing
P.O. Box 5855500
Orlando, FL 32858

Phil Balducci & Associates, Inc.
918 River Basin Ct., #202
Bradenton, FL 34212

Joseph, Mann & Creed
20600 Chagrin Blvd., STE 550
Shaker HTS., OH 44122

Mercantile Bank
P.O. Box 100201
Columbia, DC 29202

Philadelphia Insurance
P.O. Box 70251
Philadelphia, PA 19176

Kattell and Company
808-B NW 16th Ave.
Gainesville, FL 32601

Metro Trophy
1035 North Thornton Ave.
Orlando, FL 32803

Play It Again Sports #10714
3425 W University Ave
Gainesville, FL 32607

Ken Mahaffey, CFC
Tax Collector
P.O. Box 1339
Palatka, FL 32178

MJ Altman Companies, Inc.
112 Southeast Fort King St.
Ocala, FL 34471

Preston - Link Electric, Inc.
4000 SW 35th Terrace
Gainesville, FL 32608

Kenneth Schivone, Esq
United Portfolio Management, Inc
1360 Energy Park Drive
St. Pauls, MN 55108

Nasco
901 Janesville  Ave.
Fort Atkinson, WI 53538

Protime Sports Inc.
17600 W. Valley Hwy
Seattle, WA 98188

Lakeshore Bicycles & Fitness
2108 Blanding Blvd.
Jacksonville, FL 32210

National Account Recoveries
P.O. Box 924047
Norcross, GA 30010-4047

Quality Plumbing
6318 NW 18th Drive
Gainesville, FL 32653

Lightfoot Fire Extinguisher, Inc.
506 Madison St.
Palatka, FL 32177

Newman's Heating & Air Conditioning
P.O. Box 5425
Gainesville, FL 32627

Ray Cone Automotive, Inc.
3035 N.E. 19th Drive
Gainesville, FL 32609

RBC Bank
P.O. Box 1220
Rocky Mount, NC 27802

Sunstate Federal Credit Union
405 SE 2nd Place
Gainesville, FL 32602

Triangle 2
725 W. Gilbert Rd.
Palatine, IL 60067


Resource One
P.O. Box 1990
Largo, FL 33779

SunTrust
P.O. Box 4997
Orlando, FL 32802

U.S. Bank
CM-9690
St. Pauls, MN 55170


Rotary Club of Gainesville
P.O. Box 357755
Gainesville, FL 32635

SunTrust
P.O. Box 791250
Baltimore, MD 21279

United Way of North Central Florida
6031 NW 1st Place
Gainesville, FL 32607


Scruggs & Carmichael, P.A.
4041 N.W. 37th Place, Suite B
Gainesville, FL 32606

SunTrust Bank
P.O. Box 7909
Baltimore, MD 21279

Von Fraser, CFC
Tax Collector
P.O. Box 142530
Gainesville, FL 32614


Shawn Patch
10005 NW 136 Dr.
Alachua, FL 32615

TD Bank N.A.
Attn: Recovery Department
P.O. Box 9547
Portland, ME 04112

Von Fraser, CFC
Tax Collector
P.O. Boc 142530
Gainesville, FL 32614


SimplexGrinnell
10255 Fortune Pkwy
Jacksonville, FL 32256

TD Bank N.A.
P.O. Box 3002
Phoenixville, PA 19460

Wally's Heating and Air Conditioning
P.O. Box 634
Orange Park, FL 32073


SimplexGrinnell
Dept. CH 10320
Palatine, IL 60055

Teila N. Pearson, CFC
Tax Collector
P.O. Box 969
Starke, FL 32091

Watson Sitework, LLC
dba Watson Construction Co., Inc.
940 NW 247th Drive
Newberry, FL 32669


Sound Advice Marketing
7170 S. Braden Ave. Ste. 210
Tulsa, OK 74136

Terry's Gas Service, Inc.
8909 SW 102 Ave.
Gainesville, FL 32608

WCA of Central Florida
5002 SW 41st Blvd.
Gainesville, FL 32608


Sportsmith
5925 118th East Ave.
Tulsa, OK 74146

Transworld Systems
P.O. Box 1864
Santa Rosa, CA 95402

Wells Business BKG Support Group
MAC N9306 - 101
P.O. Box 202902
Dallas, TX 75320


Star Trac
P.O. Box 8323
Pasadena, CA 91109

Transworld Systems
3450 Lakeside Drive #304
Miramar, FL 33027

Wells Business BKG Support Group
MAC N9306-101
P.O. Box 202902
Dallas, TX 75320

Windstream
P.O. Box 9001908
Louisville, KY 40290


Wright Express Fleet Services
P.O. Box 6293
Carol Stream, IL 60197


YBA Shirts
312 south 700 West
Pleasant Grove, UT 84062


YMCA of the USA
101 Wacker Drive
Chicago, IL 60606

Debtor(s): **North Central Florida YMCA, Inc.**     Case No:
                                         Chapter: **11**     **NORTHERN DISTRICT OF FLORIDA**
                                                              **GAINESVILLE DIVISION**

| | | |
|---|---|---|
| Accord Creditor Services<br>P.O. Box 10001<br>Newnan, GA 30271 | AT&T<br>P.O. Box 105262<br>Altanta, GA 30348 | Capital City Bank<br>P.O. Box 900<br>Tallahassee, FL 32301 |
| ADP, Inc.<br>P.O. Box 9001006<br>Louisville, KY 40290 | AT&T Advertising Solutions<br>P.O. Box 5001<br>Carol Stream, IL | CenturyLink<br>P.O. Box 1319<br>Charlotte, NC 28201 |
| Advanced Security & Communications<br>P.O.Box 458<br>New Smyrna Beach, FL 32170 | Back to Basics Lawn Care<br>1808 SW 78th St.<br>Gainesville, FL 32607 | Chris Henderson, Esq.<br>Smith, Hulsey and Busey<br>225 Water Street<br>Suite 1800<br>Jacksonville, FL 32202 |
| Aflac<br>1932 Wynnton Rd.<br>Columbus, GA 31999 | Baker's Sporting Goods<br>4626 Lenox Ave.<br>Jacksonville, FL 32205 | Cintas Corp<br>Location #148<br>11600 NW 173rd St #150<br>Alachua, FL 32615 |
| Alachua County Public Schools<br>Kirby-Smith Administration Center<br>620 East University Ave.<br>Gainesville, FL 32601 | Bank of America<br>P.O. Box 15184<br>Wilmington, DE 19850 | City of Gainesville<br>P.O. Box 490<br>Gainesville, FL 32602 |
| Alachua Fire Extinguisher Co., Inc<br>2939 SW Williston Rd.<br>Gainesville, FL 32608 | Bertie Heating & Air Conditioning<br>1730 NE 23rd Ave.<br>Gainesville, FL 32609 | Classroom Direct<br>MB Unit 67-3106<br>Milwaukee, WI 53268 |
| All County Lock<br>2418 Crill Ave.<br>Palatka, FL 32177 | Birch Communications<br>P.O. Box 122544<br>Dallas, TX 75312 | Clay Electric<br>11530 NW 39th Ave.<br>Gainesville, FL 32606 |
| American Soccer Company, inc.<br>726 E. Anaheim St.<br>Wilmington, CA 90744 | BMI<br>10 Music Square East<br>Nashville, TN 37203 | Cleartel Communications<br>P.O. Box 6432<br>Carol Stream, IL 60197 |
| Aquatic Maintenance<br>3536 NW 10th Ave.<br>Gainesville, FL 32605 | Bradford County School Board<br>501 W. Washington St.<br>Starke, FL 32091 | Cleartel Communications<br>P.O. Box 4669<br>Winter Park, FL 32793 |
| Aquatic Technology, Inc.<br>36 Maple St.<br>Vassalboro, ME 04989 | Canon Financial Services, Inc.<br>C/O Capital and Credit Solutions<br>P.O. Box 1226<br>Kennett Square, PA 19348 | CMI Credit Mediators, Inc.<br>P.O. Box 456<br>Upper Darby, PA 19082-0456 |

Columbia County School District
School Food Service
372 West Duval St.
Lake City, FL 32055

Daxko
2204 Lakeshore Dr.
Suite 206
Birmingham, AL 35209

Gainesville Regional Utilities
301 SE 4 Ave.
Gainesville, FL 32601

Comfort Systems USA
13040 West US Hwy 84
Newton, AL 36352

Dex One
P.O. Box 660834
Dallas, TX 75266

Gainesville Regional Utilities
301 SE4 Ave.
Gainesville, FL 32601

Corporate Services Group
9501v Palm River Rd.
Tampa, FL 33619

Doctors Laboratory of Gainesville
3601 SW 2nd Ave. Suite B
Gainesville, FL 32607

Gator Fire Exingushier Company
1032 South Main St.
Gainesville, FL 32601

Cox Communications, Inc.
P.O. Box 9001077
Louisville, KY 40290

Fitness Services of America, Inc.
12457 NW 44th St.
Coral Springs, FL 33065

GE Capital
P.O. Box 802585
Chicago, IL 60680

Credit Bureau Associates
120 N. Patterson St.
Valdosta, GA 31601

Fleischer, Fleischer & Suglia
Plaza 1000 at Main Street
Voorhees, NJ 08043

Harold Cook
4615 Chokecherry Trail #6
Fort Collins, CO 80526

Creditwatch
P.O. Box 156269
Fort Worth, TX 76155

Florida Department of Revenue
5050 W. Tessessee St.
Tallahassee, FL 32399

Howard Accounting & Business Consul
622 SW 23rd Place
Gainesville, FL 32601

CreditWatch
4690 Diplomacy Rd.
Suite 100
Fort Worth, TX 76155

Florida Green Keepers, Inc.
1401 NW 53rd Ave.
Gainesville, FL 32609

Hunter Warfield
P.O. Box 41309
Nashville, FL 37204

Crime Prevention Security Systems,
P.O. Box 23406
Tampa, FL 33623

Frankel Media Group, LLC
The Village Journal
4300 NW 23rd Ave.
Suite 185
Gainesville, FL 32606

I.C. Systems, Inc.
444 HWY 96 East
St. Paul, MN 55164-0437

Daniel Brown
1035 N. Thornton Ave.
Orlando, FL 32803

Franklin Collection Services, Inc.
P.O. Box 3910
Tupelo, MS 38803

I.C. Systems, Inc.
P.O. Box 64437
St. Paul, MN 55164-0437

Davis Supply
P.O. Box 60095
Ft. Myers, FL 33906

Gainesville Area Chamber of Commerc
P.O. Box 1187
Gainesville, FL 32602

Imperial Credit Corporation
P.O. Box 9045
New York, NY 10087-9045

Inaria International, Inc.
1539 S. Mason Rd. Suite 77
Katy, TX  77450

Magnum Fitness Systems
2201 12th Ave.
South Milwaukee, WI 53172

NFL Flag
1116 East Market Street
Indianapolis, IN 46202

James Moore & Co., P.L.
5931 NW 1st Place
Gainesville, FL 32607

Margraf Collection Agency, Inc.
P.O. Box 306
Fort Atkinson, WI 53538

Olaf Jordan Enterprises, Inc.
P.O. Box 141056
Gainesville, FL 32614

John F. Hayter P.A.
704 NW 1st St.
Gainesville, FL 32601

Mark Johnson
4913 NW 21st St.
Gainesville, FL 32605

Orkin
2943 SW Williston Rd.
Gainesville, FL 32608

Joseph, Mann & Creed
P.O. Box 22253
Beachwood, OH 44122

Mears Motor Leasing
P.O. Box 5855500
Orlando, FL 32858

Phil Balducci & Associates, Inc.
918 River Basin Ct., #202
Bradenton, FL 34212

Joseph, Mann & Creed
20600 Chagrin Blvd., STE 550
Shaker HTS., OH 44122

Mercantile Bank
P.O. Box 100201
Columbia, DC 29202

Philadelphia Insurance
P.O. Box 70251
Philadelphia, PA 19176

Kattell and Company
808-B NW 16th Ave.
Gainesville, FL 32601

Metro Trophy
1035 North Thornton Ave.
Orlando, FL 32803

Play It Again Sports #10714
3425 W University Ave
Gainesville, FL 32607

Ken Mahaffey, CFC
Tax Collector
P.O. Box 1339
Palatka, FL 32178

MJ Altman Companies, Inc.
112 Southeast Fort King St.
Ocala, FL 34471

Preston - Link Electric, Inc.
4000 SW 35th Terrace
Gainesville, FL 32608

Kenneth Schivone, Esq
United Portfolio Management, Inc
1360 Energy Park Drive
St. Pauls, MN 55108

Nasco
901 Janesville  Ave.
Fort Atkinson, WI 53538

Protime Sports Inc.
17600 W. Valley Hwy
Seattle, WA 98188

Lakeshore Bicycles & Fitness
2108 Blanding Blvd.
Jacksonville, FL 32210

National Account Recoveries
P.O. Box 924047
Norcross, GA 30010-4047

Quality Plumbing
6318 NW 18th Drive
Gainesville, FL 32653

Lightfoot Fire Extinguisher, Inc.
506 Madison St.
Palatka, FL 32177

Newman's Heating & Air Conditioning
P.O. Box 5425
Gainesville, FL 32627

Ray Cone Automotive, Inc.
3035 N.E. 19th Drive
Gainesville, FL 32609

Debtor(s):  **North Central Florida YMCA, Inc.**          Case No:                                                      **NORTHERN DISTRICT OF FLORIDA**
                                                                            Chapter: **11**                                                             **GAINESVILLE DIVISION**

RBC Bank
P.O. Box 1220
Rocky Mount, NC 27802

Sunstate Federal Credit Union
405 SE 2nd Place
Gainesville, FL 32602

Triangle 2
725 W. Gilbert Rd.
Palatine, IL 60067

Resource One
P.O. Box 1990
Largo, FL 33779

SunTrust
P.O. Box 4997
Orlando, FL 32802

U.S. Bank
CM-9690
St. Pauls, MN 55170

Rotary Club of Gainesville
P.O. Box 357755
Gainesville, FL 32635

SunTrust
P.O. Box 791250
Baltimore, MD 21279

United Way of North Central Florida
6031 NW 1st Place
Gainesville, FL 32607

Scruggs & Carmichael, P.A.
4041 N.W. 37th Place, Suite B
Gainesville, FL 32606

SunTrust Bank
P.O. Box 7909
Baltimore, MD 21279

Von Fraser, CFC
Tax Collector
P.O. Box 142530
Gainesville, FL 32614

Shawn Patch
10005 NW 136 Dr.
Alachua, FL 32615

TD Bank N.A.
Attn: Recovery Department
P.O. Box 9547
Portland, ME 04112

Von Fraser, CFC
Tax Collector
P.O. Boc 142530
Gainesville, FL 32614

SimplexGrinnell
10255 Fortune Pkwy
Jacksonville, FL 32256

TD Bank N.A.
P.O. Box 3002
Phoenixville, PA 19460

Wally's Heating and Air Conditioning
P.O. Box 634
Orange Park, FL 32073

SimplexGrinnell
Dept. CH 10320
Palatine, IL 60055

Teila N. Pearson, CFC
Tax Collector
P.O. Box 969
Starke, FL 32091

Watson Sitework, LLC
dba Watson Construction Co., Inc.
940 NW 247th Drive
Newberry, FL 32669

Sound Advice Marketing
7170 S. Braden Ave. Ste. 210
Tulsa, OK 74136

Terry's Gas Service, Inc.
8909 SW 102 Ave.
Gainesville, FL 32608

WCA of Central Florida
5002 SW 41st Blvd.
Gainesville, FL 32608

Sportsmith
5925 118th East Ave.
Tulsa, OK 74146

Transworld Systems
P.O. Box 1864
Santa Rosa, CA 95402

Wells Business BKG Support Group
MAC N9306 - 101
P.O. Box 202902
Dallas, TX 75320

Star Trac
P.O. Box 8323
Pasadena, CA 91109

Transworld Systems
3450 Lakeside Drive #304
Miramar, FL 33027

Wells Business BKG Support Group
MAC N9306-101
P.O. Box 202902
Dallas, TX 75320

Windstream
P.O. Box 9001908
Louisville, KY 40290


Wright Express Fleet Services
P.O. Box 6293
Carol Stream, IL 60197


YBA Shirts
312 south 700 West
Pleasant Grove, UT 84062


YMCA of the USA
101 Wacker Drive
Chicago, IL 60606

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

IN RE:                                                    CHAPTER  **11**

**North Central Florida YMCA, Inc.**


DEBTOR(S)                                                 CASE NO


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Interim CEO**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:__**11/4/2011**_____        Signature:__**/s/ Harold Cook**_____
                                                                  ***Harold Cook***
                                                                  **Interim CEO**

Accord Creditor Services
P.O. Box 10001
Newnan, GA 30271

AT&T
P.O. Box 105262
Altanta, GA 30348

Capital City Bank
P.O. Box 900
Tallahassee, FL 32301

ADP, Inc.
P.O. Box 9001006
Louisville, KY 40290

AT&T Advertising Solutions
P.O. Box 5001
Carol Stream, IL

CenturyLink
P.O. Box 1319
Charlotte, NC 28201

Advanced Security & Communications
P.O.Box 458
New Smyrna Beach, FL 32170

Back to Basics Lawn Care
1808 SW 78th St.
Gainesville, FL 32607

Chris Henderson, Esq.
Smith, Hulsey and Busey
225 Water Street
Suite 1800
Jacksonville, FL 32202

Aflac
1932 Wynnton Rd.
Columbus, GA 31999

Baker's Sporting Goods
4626 Lenox Ave.
Jacksonville, FL 32205

Cintas Corp
Location #148
11600 NW 173rd St #150
Alachua, FL 32615

Alachua County Public Schools
Kirby-Smith Administration Center
620 East University Ave.
Gainesville, FL 32601

Bank of America
P.O. Box 15184
Wilmington, DE 19850

City of Gainesville
P.O. Box 490
Gainesville, FL 32602

Alachua Fire Extinguisher Co.,
Inc.
2939 SW Williston Rd.
Gainesville, FL 32608

Bertie Heating & Air Conditioning
Inc.
1730 NE 23rd Ave.
Gainesville, FL 32609

Classroom Direct
MB Unit 67-3106
Milwaukee, WI 53268

All County Lock
2418 Crill Ave.
Palatka, FL 32177

Birch Communications
P.O. Box 122544
Dallas, TX 75312

Clay Electric
11530 NW 39th Ave.
Gainesville, FL 32606

American Soccer Company, inc.
726 E. Anaheim St.
Wilmington, CA 90744

BMI
10 Music Square East
Nashville, TN 37203

Cleartel Communications
P.O. Box 6432
Carol Stream, IL 60197

Aquatic Maintenance
3536 NW 10th Ave.
Gainesville, FL 32605

Bradford County School Board
501 W. Washington St.
Starke, FL 32091

Cleartel Communications
P.O. Box 4669
Winter Park, FL 32793

Aquatic Technology, Inc.
36 Maple St.
Vassalboro, ME 04989

Canon Financial Services, Inc.
C/O Capital and Credit Solutions
P.O. Box 1226
Kennett Square, PA 19348

CMI Credit Mediators, Inc.
P.O. Box 456
Upper Darby, PA 19082-0456

Columbia County School District
School Food Service
372 West Duval St.
Lake City, FL 32055

Daxko
2204 Lakeshore Dr.
Suite 206
Birmingham, AL 35209

Gainesville Regional Utilities
301 SE 4 Ave.
Gainesville, FL 32601


Comfort Systems USA
13040 West US Hwy 84
Newton, AL 36352

Dex One
P.O. Box 660834
Dallas, TX 75266

Gainesville Regional Utilities
301 SE4 Ave.
Gainesville, FL 32601


Corporate Services Group
9501v Palm River Rd.
Tampa, FL 33619

Doctors Laboratory of Gainesville
3601 SW 2nd Ave. Suite B
Gainesville, FL 32607

Gator Fire Exingusher Company
1032 South Main St.
Gainesville, FL 32601


Cox Communications, Inc.
P.O. Box 9001077
Louisville, KY 40290

Fitness Services of America, Inc.
12457 NW 44th St.
Coral Springs, FL 33065

GE Capital
P.O. Box 802585
Chicago, IL 60680


Credit Bureau Associates
120 N. Patterson St.
Valdosta, GA 31601

Fleischer, Fleischer & Suglia
Plaza 1000 at Main Street
Voorhees, NJ 08043

Harold Cook
4615 Chokecherry Trail #6
Fort Collins, CO 80526


Creditwatch
P.O. Box 156269
Fort Worth, TX 76155

Florida Department of Revenue
5050 W. Tessessee St.
Tallahassee, FL 32399

Howard Accounting & Business
Consultin
622 SW 23rd Place
Gainesville, FL 32601


CreditWatch
4690 Diplomacy Rd.
Suite 100
Fort Worth, TX 76155

Florida Green Keepers, Inc.
1401 NW 53rd Ave.
Gainesville, FL 32609

Hunter Warfield
P.O. Box 41309
Nashville, FL 37204


Crime Prevention Security Systems,
LLC
P.O. Box 23406
Tampa, FL 33623

Frankel Media Group, LLC
The Village Journal
4300 NW 23rd Ave.
Suite 185
Gainesville, FL 32606

I.C. Systems, Inc.
444 HWY 96 East
St. Paul, MN 55164-0437


Daniel Brown
1035 N. Thornton Ave.
Orlando, FL 32803

Franklin Collection Services, Inc.
P.O. Box 3910
Tupelo, MS 38803

I.C. Systems, Inc.
P.O. Box 64437
St. Paul, MN 55164-0437


Davis Supply
P.O. Box 60095
Ft. Myers, FL 33906

Gainesville Area Chamber of
Commerce
P.O. Box 1187
Gainesville, FL 32602

Imperial Credit Corporation
P.O. Box 9045
New York, NY 10087-9045

Inaria International, Inc.
1539 S. Mason Rd. Suite 77
Katy, TX  77450

Magnum Fitness Systems
2201 12th Ave.
South Milwaukee, WI 53172

NFL Flag
1116 East Market Street
Indianapolis, IN 46202


James Moore & Co., P.L.
5931 NW 1st Place
Gainesville, FL 32607

Margraf Collection Agency, Inc.
P.O. Box 306
Fort Atkinson, WI 53538

Olaf Jordan Enterprises, Inc.
P.O. Box 141056
Gainesville, FL 32614


John F. Hayter P.A.
704 NW 1st St.
Gainesville, FL 32601

Mark Johnson
4913 NW 21st St.
Gainesville, FL 32605

Orkin
2943 SW Williston Rd.
Gainesville, FL 32608


Joseph, Mann & Creed
P.O. Box 22253
Beachwood, OH 44122

Mears Motor Leasing
P.O. Box 5855500
Orlando, FL 32858

Phil Balducci & Associates, Inc.
918 River Basin Ct., #202
Bradenton, FL 34212


Joseph, Mann & Creed
20600 Chagrin Blvd., STE 550
Shaker HTS., OH 44122

Mercantile Bank
P.O. Box 100201
Columbia, DC 29202

Philadelphia Insurance
P.O. Box 70251
Philadelphia, PA 19176


Kattell and Company
808-B NW 16th Ave.
Gainesville, FL 32601

Metro Trophy
1035 North Thornton Ave.
Orlando, FL 32803

Play It Again Sports #10714
3425 W University Ave
Gainesville, FL 32607


Ken Mahaffey, CFC
Tax Collector
P.O. Box 1339
Palatka, FL 32178

MJ Altman Companies, Inc.
112 Southeast Fort King St.
Ocala, FL 34471

Preston - Link Electric, Inc.
4000 SW 35th Terrace
Gainesville, FL 32608


Kenneth Schivone, Esq
United Portfolio Management, Inc
1360 Energy Park Drive
St. Pauls, MN 55108

Nasco
901 Janesville  Ave.
Fort Atkinson, WI 53538

Protime Sports Inc.
17600 W. Valley Hwy
Seattle, WA 98188


Lakeshore Bicycles & Fitness
2108 Blanding Blvd.
Jacksonville, FL 32210

National Account Recoveries
P.O. Box 924047
Norcross, GA 30010-4047

Quality Plumbing
6318 NW 18th Drive
Gainesville, FL 32653


Lightfoot Fire Extinguisher, Inc.
506 Madison St.
Palatka, FL 32177

Newman's Heating & Air
Conditioning, Inc
P.O. Box 5425
Gainesville, FL 32627

Ray Cone Automotive, Inc.
3035 N.E. 19th Drive
Gainesville, FL 32609

RBC Bank
P.O. Box 1220
Rocky Mount, NC 27802

Sunstate Federal Credit Union
405 SE 2nd Place
Gainesville, FL 32602

Triangle 2
725 W. Gilbert Rd.
Palatine, IL 60067

Resource One
P.O. Box 1990
Largo, FL 33779

SunTrust
P.O. Box 4997
Orlando, FL 32802

U.S. Bank
CM-9690
St. Pauls, MN 55170

Rotary Club of Gainesville
P.O. Box 357755
Gainesville, FL 32635

SunTrust
P.O. Box 791250
Baltimore, MD 21279

United Way of North Central
Florida
6031 NW 1st Place
Gainesville, FL 32607

Scruggs & Carmichael, P.A.
4041 N.W. 37th Place, Suite B
Gainesville, FL 32606

SunTrust Bank
P.O. Box 7909
Baltimore, MD 21279

Von Fraser, CFC
Tax Collector
P.O. Box 142530
Gainesville, FL 32614

Shawn Patch
10005 NW 136 Dr.
Alachua, FL 32615

TD Bank N.A.
Attn: Recovery Department
P.O. Box 9547
Portland, ME 04112

Von Fraser, CFC
Tax Collector
P.O. Boc 142530
Gainesville, FL 32614

SimplexGrinnell
10255 Fortune Pkwy
Jacksonville, FL 32256

TD Bank N.A.
P.O. Box 3002
Phoenixville, PA 19460

Wally's Heating and Air
Conditioning
P.O. Box 634
Orange Park, FL 32073

SimplexGrinnell
Dept. CH 10320
Palatine, IL 60055

Teila N. Pearson, CFC
Tax Collector
P.O. Box 969
Starke, FL 32091

Watson Sitework, LLC
dba Watson Construction Co., Inc.
940 NW 247th Drive
Newberry, FL 32669

Sound Advice Marketing
7170 S. Braden Ave. Ste. 210
Tulsa, OK 74136

Terry's Gas Service, Inc.
8909 SW 102 Ave.
Gainesville, FL 32608

WCA of Central Florida
5002 SW 41st Blvd.
Gainesville, FL 32608

Sportsmith
5925 118th East Ave.
Tulsa, OK 74146

Transworld Systems
P.O. Box 1864
Santa Rosa, CA 95402

Wells Business BKG Support Group
MAC N9306 - 101
P.O. Box 202902
Dallas, TX 75320

Star Trac
P.O. Box 8323
Pasadena, CA 91109

Transworld Systems
3450 Lakeside Drive #304
Miramar, FL 33027

Wells Business BKG Support Group
MAC N9306-101
P.O. Box 202902
Dallas, TX 75320

Windstream
P.O. Box 9001908
Louisville, KY 40290


Wright Express Fleet Services
P.O. Box 6293
Carol Stream, IL 60197


YBA Shirts
312 south 700 West
Pleasant Grove, UT 84062


YMCA of the USA
101 Wacker Drive
Chicago, IL 60606

*Seldon J. Childers, Bar No. 61112*
*ChildersLaw, LLC*
*Sixth Street Executive Center*
*1330 NW Sixth St., Suite C*
*Gainesville, FL 32601*
*jchilders@smartbizlaw.com*
*(866) 996-6104*
*Attorney for the Petitioner*

# UNITED STATES BANKRUPTCY COURT FOR THE

*NORTHERN DISTRICT OF FLORIDA*
*GAINESVILLE DIVISION*

In re:                              Case No.:
**North Central Florida YMCA, Inc.**          SSN:  **59-1195257**
                                    SSN:
Debtor(s)                    **Numbered Listing of Creditors**
Address:
**5201 NW 34th St.**           Chapter:   **11**
**Gainesville, FL 32605**

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 1. | Accord Creditor Services<br>P.O. Box 10001<br>Newnan, GA 30271 | Unsecured Claim | $0.00 |
| 2. | ADP, Inc.<br>P.O. Box 9001006<br>Louisville, KY 40290<br>4YU | Unsecured Claim | $538.90 |
| 3. | Advanced Security & Communications<br>P.O.Box 458<br>New Smyrna Beach, FL 32170<br>YMCA | Unsecured Claim | $485.14 |
| 4. | Aflac<br>1932 Wynnton Rd.<br>Columbus, GA 31999<br>HW969 | Unsecured Claim | $35.10 |
| 5. | Alachua County Public Schools<br>Kirby-Smith Administration Center<br>620 East University Ave.<br>Gainesville, FL 32601<br>North Central Florida YMCA | Unsecured Claim | $10,798.95 |
| 6. | Alachua Fire Extinguisher Co., Inc.<br>2939 SW Williston Rd.<br>Gainesville, FL 32608<br>North Central Florida YMCA | Unsecured Claim | $190.05 |

in re:   **North Central Florida YMCA, Inc.**

| Debtor | | Case No. (if known) |
| --- | --- | --- |

| Creditor name and mailing address | Category of claim | Amount of claim |
| --- | --- | --- |
| 7.    All County Lock<br>2418 Crill Ave.<br>Palatka, FL 32177<br>YMCA | Unsecured Claim | $110.00 |
| 8.    American Soccer Company, inc.<br>726 E. Anaheim St.<br>Wilmington, CA 90744<br>541168 | Unsecured Claim | $4,236.32 |
| 9.    Aquatic Maintenance<br>3536 NW 10th Ave.<br>Gainesville, FL 32605<br>YMCA | Unsecured Claim | $588.00 |
| 10.   Aquatic Technology, Inc.<br>36 Maple St.<br>Vassalboro, ME 04989<br>C35333 | Unsecured Claim | $116.17 |
| 11.   AT&T<br>P.O. Box 105262<br>Altanta, GA 30348<br>3523389627197 | Unsecured Claim | $1,562.77 |
| 12.   AT&T Advertising Solutions<br>P.O. Box 5001<br>Carol Stream, IL<br>922319260500000 | Unsecured Claim | $4,694.18 |
| 13.   Back to Basics Lawn Care<br>1808 SW 78th St.<br>Gainesville, FL 32607<br>412 | Unsecured Claim | $2,100.00 |
| 14.   Baker's Sporting Goods<br>4626 Lenox Ave.<br>Jacksonville, FL 32205<br>YMCA | Unsecured Claim | $2,634.31 |

in re:    **North Central Florida YMCA, Inc.**

_____      _____
                                    Debtor                                                    Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
| --- | --- | --- |
| 15.    Bank of America<br>P.O. Box 15184<br>Wilmington, DE 19850<br>xxxx-xxxx-xxxx-1668 | Unsecured Claim | $663.08 |
| 16.    Bertie Heating & Air Conditioning Inc.<br>1730 NE 23rd Ave.<br>Gainesville, FL 32609<br>YMCA | Unsecured Claim | $803.00 |
| 17.    Birch Communications<br>P.O. Box 122544<br>Dallas, TX 75312<br>307720 | Unsecured Claim | $1,707.01 |
| 18.    BMI<br>10 Music Square East<br>Nashville, TN 37203<br>NCF YMCA | Unsecured Claim | $468.62 |
| 19.    Bradford County School Board<br>501 W. Washington St.<br>Starke, FL 32091<br>YMCA | Unsecured Claim | $511.99 |
| 20.    Canon Financial Services, Inc.<br>C/O Capital and Credit Solutions<br>P.O. Box 1226<br>Kennett Square, PA 19348<br>IR2230 | Secured Claim | $8,613.53 |
| 21.    Capital City Bank<br>P.O. Box 900<br>Tallahassee, FL 32301<br>xxxxxx2951 | Secured Claim | $373,876.82 |
| 22.    Capital City Bank<br>P.O. Box 900<br>Tallahassee, FL 32301<br>xxxxxx2950 | Secured Claim | $810,855.09 |

in re:   **North Central Florida YMCA, Inc.**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 23. CenturyLink<br>P.O. Box 1319<br>Charlotte, NC 28201<br>311291967 | Unsecured Claim | $299.66 |
| 24. Chris Henderson, Esq.<br>Smith, Hulsey and Busey<br>225 Water Street<br>Suite 1800<br>Jacksonville, FL 32202 | Unsecured Claim | $0.00 |
| 25. Cintas Corp<br>Location #148<br>11600 NW 173rd St #150<br>Alachua, FL 32615<br>148-03768 | Unsecured Claim | $176.00 |
| 26. City of Gainesville<br>P.O. Box 490<br>Gainesville, FL 32602<br>VC0000033310 | Unsecured Claim | $50.00 |
| 27. Classroom Direct<br>MB Unit 67-3106<br>Milwaukee, WI 53268<br>540640 | Unsecured Claim | $523.73 |
| 28. Clay Electric<br>11530 NW 39th Ave.<br>Gainesville, FL 32606<br>688248-4 | Unsecured Claim | $107.03 |
| 29. Cleartel Communications<br>P.O. Box 6432<br>Carol Stream, IL 60197<br>LCF911UP | Unsecured Claim | $61.25 |
| 30. Cleartel Communications<br>P.O. Box 4669<br>Winter Park, FL 32793 | Unsecured Claim | $0.00 |

in re:   **North Central Florida YMCA, Inc.**
_____          _____

                                        Debtor                                                    Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 31.  Cleartel Communications<br>P.O. Box 6432<br>Carol Stream, IL 60197<br>NCF911UP | Unsecured Claim | $458.11 |
| 32.  CMI Credit Mediators, Inc.<br>P.O. Box 456<br>Upper Darby, PA 19082-0456 | Unsecured Claim | $0.00 |
| 33.  Columbia County School District<br>School Food Service<br>372 West Duval St.<br>Lake City, FL 32055<br>YMCA | Unsecured Claim | $2,417.40 |
| 34.  Comfort Systems USA<br>13040 West US Hwy 84<br>Newton, AL 36352<br>NCF001 | Unsecured Claim | $1,173.78 |
| 35.  Corporate Services Group<br>9501v Palm River Rd.<br>Tampa, FL 33619<br>275 | Unsecured Claim | $29.00 |
| 36.  Cox Communications, Inc.<br>P.O. Box 9001077<br>Louisville, KY 40290<br>001 1033 006507202 | Unsecured Claim | $40.47 |
| 37.  Cox Communications, Inc.<br>P.O. Box 9001077<br>Louisville, KY 40290<br>001 1033 015958901 | Unsecured Claim | $414.97 |
| 38.  Credit Bureau Associates<br>120 N. Patterson St.<br>Valdosta, GA 31601 | Unsecured Claim | $0.00 |

in re:   **North Central Florida YMCA, Inc.**

_____           _____

Debtor                                                                    Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 39.   Creditwatch<br>P.O. Box 156269<br>Fort Worth, TX 76155 | Unsecured Claim | $0.00 |
| 40.   CreditWatch<br>4690 Diplomacy Rd.<br>Suite 100<br>Fort Worth, TX 76155 | Unsecured Claim | $0.00 |
| 41.   Crime Prevention Security Systems, LLC<br>P.O. Box 23406<br>Tampa, FL 33623<br>14702 | Unsecured Claim | $1,039.49 |
| 42.   Crime Prevention Security Systems, LLC<br>P.O. Box 23406<br>Tampa, FL 33623 | Unsecured Claim | $0.00 |
| 43.   Daniel Brown<br>1035 N. Thornton Ave.<br>Orlando, FL 32803 | Unsecured Claim | $0.00 |
| 44.   Davis Supply<br>P.O. Box 60095<br>Ft. Myers, FL 33906<br>250333 | Unsecured Claim | $1,504.31 |
| 45.   Daxko<br>2204 Lakeshore Dr.<br>Suite 206<br>Birmingham, AL 35209<br>1000566 | Unsecured Claim | $2,250.92 |
| 46.   Dex One<br>P.O. Box 660834<br>Dallas, TX 75266<br>300357021 | Unsecured Claim | $261.99 |

in re:  **North Central Florida YMCA, Inc.**

| Debtor | | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 47.  Doctors Laboratory of Gainesville<br>3601 SW 2nd Ave. Suite B<br>Gainesville, FL 32607<br>48911 | Unsecured Claim | $1,740.00 |
| 48.  Fitness Services of America, Inc.<br>12457 NW 44th St.<br>Coral Springs, FL 33065<br>YMCA Norht Central Florida | Unsecured Claim | $3,519.22 |
| 49.  Fleischer, Fleischer & Suglia<br>Plaza 1000 at Main Street<br>Voorhees, NJ 08043 | Unsecured Claim | $0.00 |
| 50.  Florida Department of Revenue<br>5050 W. Tessessee St.<br>Tallahassee, FL 32399<br>347422 | Unsecured Claim | $15,896.71 |
| 51.  Florida Green Keepers, Inc.<br>1401 NW 53rd Ave.<br>Gainesville, FL 32609<br>YMCA | Unsecured Claim | $28,153.30 |
| 52.  Frankel Media Group, LLC<br>The Village Journal<br>4300 NW 23rd Ave.<br>Suite 185<br>Gainesville, FL 32606<br>The North Central FLorida YMCA | Unsecured Claim | $2,731.25 |
| 53.  Franklin Collection Services, Inc.<br>P.O. Box 3910<br>Tupelo, MS 38803 | Unsecured Claim | $0.00 |
| 54.  Gainesville Area Chamber of Commerce<br>P.O. Box 1187<br>Gainesville, FL 32602<br>2913 | Unsecured Claim | $850.00 |

in re:   **North Central Florida YMCA, Inc.**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 55. Gainesville Regional Utilities<br>301 SE 4 Ave.<br>Gainesville, FL 32601<br>2000-2138-0484 | Unsecured Claim | $872.61 |
| 56. Gainesville Regional Utilities<br>301 SE 4 Ave.<br>Gainesville, FL 32601<br>2000-2137-9171 | Unsecured Claim | $60.80 |
| 57. Gainesville Regional Utilities<br>301 SE 4 Ave.<br>Gainesville, FL 32601<br>2000-2138-6144 | Priority Claim | $28,188.08 |
| 58. Gainesville Regional Utilities<br>301 SE4 Ave.<br>Gainesville, FL 32601<br>2000-2138-3518 | Unsecured Claim | $812.16 |
| 59. Gainesville Regional Utilities<br>301 SE 4 Ave.<br>Gainesville, FL 32601<br>2000-2138-4831 | Unsecured Claim | $185.21 |
| 60. Gator Fire Exingushier Company<br>1032 South Main St.<br>Gainesville, FL 32601<br>87690 | Unsecured Claim | $115.00 |
| 61. GE Capital<br>P.O. Box 802585<br>Chicago, IL 60680<br>90133827453 | Unsecured Claim | $9,093.17 |
| 62. Harold Cook<br>4615 Chokecherry Trail #6<br>Fort Collins, CO 80526<br>YMCA | Priority Claim | $23,430.29 |

in re:  **North Central Florida YMCA, Inc.**

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 63. Howard Accounting & Business Consultin<br>622 SW 23rd Place<br>Gainesville, FL 32601<br>North Central Florida YMCA | Unsecured Claim | $4,220.14 |
| 64. Hunter Warfield<br>P.O. Box 41309<br>Nashville, FL 37204 | Unsecured Claim | $0.00 |
| 65. I.C. Systems, Inc.<br>444 HWY 96 East<br>St. Paul, MN 55164-0437 | Unsecured Claim | $0.00 |
| 66. I.C. Systems, Inc.<br>P.O. Box 64437<br>St. Paul, MN 55164-0437 | Unsecured Claim | $0.00 |
| 67. Imperial Credit Corporation<br>P.O. Box 9045<br>New York, NY 10087-9045<br>15-004-102784-5 | Unsecured Claim | $7,444.73 |
| 68. Inaria International, Inc.<br>1539 S. Mason Rd. Suite 77<br>Katy, TX 77450<br>NORCEN | Unsecured Claim | $4,706.40 |
| 69. James Moore & Co., P.L.<br>5931 NW 1st Place<br>Gainesville, FL 32607<br>504372 1 | Unsecured Claim | $1,225.00 |
| 70. John F. Hayter P.A.<br>704 NW 1st St.<br>Gainesville, FL 32601 | Unsecured Claim | $0.00 |

in re:  **North Central Florida YMCA, Inc.**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 71.  Joseph, Mann & Creed<br>P.O. Box 22253<br>Beachwood, OH 44122 | Unsecured Claim | $0.00 |
| 72.  Joseph, Mann & Creed<br>20600 Chagrin Blvd., STE 550<br>Shaker HTS., OH 44122 | Unsecured Claim | $0.00 |
| 73.  Kattell and Company<br>808-B NW 16th Ave.<br>Gainesville, FL 32601<br>North Central Florida YMCA | Unsecured Claim | $2,000.00 |
| 74.  Ken Mahaffey, CFC<br>Tax Collector<br>P.O. Box 1339<br>Palatka, FL 32178<br>xx-xx-xx-xxxx-xxxx-0180 | Unsecured Claim | $493.04 |
| 75.  Kenneth Schivone, Esq<br>United Portfolio Management, Inc<br>1360 Energy Park Drive<br>St. Pauls, MN 55108 | Unsecured Claim | $0.00 |
| 76.  Lakeshore Bicycles & Fitness<br>2108 Blanding Blvd.<br>Jacksonville, FL 32210<br>6938 | Unsecured Claim | $105.90 |
| 77.  Lightfoot Fire Extinguisher, Inc.<br>506 Madison St.<br>Palatka, FL 32177<br>YMCA | Unsecured Claim | $57.00 |
| 78.  Magnum Fitness Systems<br>2201 12th Ave.<br>South Milwaukee, WI 53172<br>NorthCentral Florida YMCA | Unsecured Claim | $175.85 |

in re:   **North Central Florida YMCA, Inc.**

_____

Debtor

Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 79. Margraf Collection Agency, Inc.<br>P.O. Box 306<br>Fort Atkinson, WI 53538 | Unsecured Claim | $0.00 |
| 80. Mark Johnson<br>4913 NW 21st St.<br>Gainesville, FL 32605<br>YMCA | Unsecured Claim | $1,004.24 |
| 81. Mears Motor Leasing<br>P.O. Box 5855500<br>Orlando, FL 32858<br>M1980-17114A | Unsecured Claim | $773.00 |
| 82. Mercantile Bank<br>P.O. Box 100201<br>Columbia, DC 29202<br>4691143983 | Unsecured Claim | $2,827.94 |
| 83. Metro Trophy<br>1035 North Thornton Ave.<br>Orlando, FL 32803<br>NCF YMCA | Unsecured Claim | $4,221.97 |
| 84. MJ Altman Companies, Inc.<br>112 Southeast Fort King St.<br>Ocala, FL 34471 | Unsecured Claim | $0.00 |
| 85. Nasco<br>901 Janesville  Ave.<br>Fort Atkinson, WI 53538<br>707-597-00 | Unsecured Claim | $171.77 |
| 86. National Account Recoveries<br>P.O. Box 924047<br>Norcross, GA 30010-4047 | Unsecured Claim | $0.00 |

in re: **North Central Florida YMCA, Inc.**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 87. | Newman's Heating & Air Conditioning, Inc<br>P.O. Box 5425<br>Gainesville, FL 32627<br>North Central Florida YMCA | Unsecured Claim | $5,620.17 |
| 88. | NFL Flag<br>1116 East Market Street<br>Indianapolis, IN 46202<br>NCF YMCA | Unsecured Claim | $4,000.00 |
| 89. | Olaf Jordan Enterprises, Inc.<br>P.O. Box 141056<br>Gainesville, FL 32614<br>N. Ctr. FL YMCA | Unsecured Claim | $1,681.27 |
| 90. | Orkin<br>2943 SW Williston Rd.<br>Gainesville, FL 32608<br>0303653 | Unsecured Claim | $1,300.00 |
| 91. | Phil Balducci & Associates, Inc.<br>918 River Basin Ct., #202<br>Bradenton, FL 34212<br>YMCANC1001 | Unsecured Claim | $11,529.00 |
| 92. | Philadelphia Insurance<br>P.O. Box 70251<br>Philadelphia, PA 19176<br>590457 | Unsecured Claim | $550.35 |
| 93. | Play It Again Sports #10714<br>3425 W University Ave<br>Gainesville, FL 32607<br>YMCA Gainesville | Unsecured Claim | $2,275.50 |
| 94. | Preston - Link Electric, Inc.<br>4000 SW 35th Terrace<br>Gainesville, FL 32608<br>9981 | Unsecured Claim | $660.00 |

in re:  **North Central Florida YMCA, Inc.**

_____          _____
Debtor                                                        Case No. (if known)

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 95.  Protime Sports Inc.<br>17600 W. Valley Hwy<br>Seattle, WA 98188<br>North Central Florida YMCA | Unsecured Claim | $4,420.82 |
| 96.  Quality Plumbing<br>6318 NW 18th Drive<br>Gainesville, FL 32653<br>North Central FLorida YMCA | Unsecured Claim | $129.31 |
| 97.  Ray Cone Automotive, Inc.<br>3035 N.E. 19th Drive<br>Gainesville, FL 32609<br>YMCA | Unsecured Claim | $690.98 |
| 98.  RBC Bank<br>P.O. Box 1220<br>Rocky Mount, NC 27802<br>xxxxxxx xxxx1 001 | Secured Claim | $304,728.19 |
| 99.  Resource One<br>P.O. Box 1990<br>Largo, FL 33779<br>0517209 | Unsecured Claim | $1,102.38 |
| 100.  Rotary Club of Gainesville<br>P.O. Box 357755<br>Gainesville, FL 32635<br>5329411 | Unsecured Claim | $938.00 |
| 101.  Scruggs & Carmichael, P.A.<br>4041 N.W. 37th Place, Suite B<br>Gainesville, FL 32606 | Unsecured Claim | $0.00 |
| 102.  Shawn Patch<br>10005 NW 136 Dr.<br>Alachua, FL 32615<br>YMCA | Unsecured Claim | $32,347.64 |

in re: **North Central Florida YMCA, Inc.**

| | Debtor | | Case No. (if known) |
|---|---|---|---|
| Creditor name and mailing address | Category of claim | | Amount of claim |
| 103.  SimplexGrinnell<br>10255 Fortune Pkwy<br>Jacksonville, FL 32256<br>YMCA Gainesville | Unsecured Claim | | $401.00 |
| 104.  SimplexGrinnell<br>Dept. CH 10320<br>Palatine, IL 60055 | Unsecured Claim | | $0.00 |
| 105.  Sound Advice Marketing<br>7170 S. Braden Ave. Ste. 210<br>Tulsa, OK 74136<br>YMCA Northwood | Unsecured Claim | | $468.00 |
| 106.  Sportsmith<br>5925 118th East Ave.<br>Tulsa, OK 74146<br>115173 | Unsecured Claim | | $440.14 |
| 107.  Star Trac<br>P.O. Box 8323<br>Pasadena, CA 91109<br>2997 | Unsecured Claim | | $437.80 |
| 108.  Sunstate Federal Credit Union<br>405 SE 2nd Place<br>Gainesville, FL 32602<br>x7824 | Secured Claim | | $240,244.31 |
| 109.  SunTrust<br>P.O. Box 4997<br>Orlando, FL 32802<br>xxxx-xxxx-xxxx-4118 | Unsecured Claim | | $4,314.89 |
| 110.  SunTrust<br>P.O. Box 791250<br>Baltimore, MD 21279 | Unsecured Claim | | $0.00 |

in re:   **North Central Florida YMCA, Inc.**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 111.  SunTrust Bank<br>P.O. Box 7909<br>Baltimore, MD 21279<br>xxxxxx2753 | Secured Claim | $410,812.92 |
| 112.  TD Bank N.A.<br>Attn: Recovery Department<br>P.O. Box 9547<br>Portland, ME 04112 | Unsecured Claim | $0.00 |
| 113.  TD Bank N.A.<br>P.O. Box 3002<br>Phoenixville, PA 19460 | Unsecured Claim | $0.00 |
| 114.  Teila N. Pearson, CFC<br>Tax Collector<br>P.O. Box 969<br>Starke, FL 32091<br>xxxxx-x-x0100 | Priority Claim | $3,357.01 |
| 115.  Terry's Gas Service, Inc.<br>8909 SW 102 Ave.<br>Gainesville, FL 32608<br>YMCA | Unsecured Claim | $1,049.32 |
| 116.  Transworld Systems<br>P.O. Box 1864<br>Santa Rosa, CA 95402 | Unsecured Claim | $0.00 |
| 117.  Transworld Systems<br>3450 Lakeside Drive #304<br>Miramar, FL 33027 | Unsecured Claim | $0.00 |
| 118.  Triangle 2<br>725 W. Gilbert Rd.<br>Palatine, IL 60067<br>North Central Florida YMCA | Unsecured Claim | $4,875.77 |

in re: **North Central Florida YMCA, Inc.**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 119. U.S. Bank<br>CM-9690<br>St. Pauls, MN 55170<br>4076899322 | Unsecured Claim | $2,500.00 |
| 120. United Way of North Central Florida<br>6031 NW 1st Place<br>Gainesville, FL 32607<br>877 | Unsecured Claim | $1,450.00 |
| 121. Von Fraser, CFC<br>Tax Collector<br>P.O. Box 142530<br>Gainesville, FL 32614<br>xxxxx-xx8-000 | Unsecured Claim | $374.95 |
| 122. Von Fraser, CFC<br>Tax Collector<br>P.O. Boc 142530<br>Gainesville, FL 32614<br>xxxxx-xx0-000 | Unsecured Claim | $226.53 |
| 123. Von Fraser, CFC<br>Tax Collector<br>P.O. Boc 142530<br>Gainesville, FL 32614<br>xxxxx-xx2-000 | Unsecured Claim | $37.54 |
| 124. Von Fraser, CFC<br>Tax Collector<br>P.O. Boc 142530<br>Gainesville, FL 32614<br>xxxxx-xx5-000 | Unsecured Claim | $1,633.76 |
| 125. Wally's Heating and Air Conditioning<br>P.O. Box 634<br>Orange Park, FL 32073<br>YMCA | Unsecured Claim | $1,755.08 |
| 126. Watson Sitework, LLC<br>dba Watson Construction Co., Inc.<br>940 NW 247th Drive<br>Newberry, FL 32669<br>YMCA | Unsecured Claim | $495.00 |

in re: **North Central Florida YMCA, Inc.**

| | Debtor | Case No. (if known) |
|---|---|---|

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 127. WCA of Central Florida<br>5002 SW 41st Blvd.<br>Gainesville, FL 32608<br>026-048934 | Unsecured Claim | $283.96 |
| 128. WCA of Central Florida<br>5002 SW 41st Blvd.<br>Gainesville, FL 32608<br>026-049113 | Unsecured Claim | $177.64 |
| 129. WCA of Central Florida<br>5002 SW 41st Blvd.<br>Gainesville, FL 32608<br>026-049111 | Unsecured Claim | $1,719.38 |
| 130. Wells Business BKG Support Group<br>MAC N9306 - 101<br>P.O. Box 202902<br>Dallas, TX 75320<br>xxxxxx0730 | Secured Claim | $2,965,090.17 |
| 131. Wells Business BKG Support Group<br>MAC N9306-101<br>P.O. Box 202902<br>Dallas, TX 75320<br>xxxxxx0730 | Secured Claim | $153,046.88 |
| 132. Windstream<br>P.O. Box 9001908<br>Louisville, KY 40290<br>060418352 | Unsecured Claim | $154.63 |
| 133. Wright Express Fleet Services<br>P.O. Box 6293<br>Carol Stream, IL 60197<br>0410-00-724672-1 | Unsecured Claim | $1,270.38 |
| 134. YBA Shirts<br>312 south 700 West<br>Pleasant Grove, UT 84062<br>8188R-0031708686 | Unsecured Claim | $3,975.29 |

in re:   **North Central Florida YMCA, Inc.**

Debtor                                                    Case No. (if known)

| | | |
|---|---|---|
| 135. | YMCA of the USA | Unsecured Claim | $64,904.36 |
| | 101 Wacker Drive | | |
| | Chicago, IL 60606 | | |
| | 1209 | | |

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

**DECLARATION**

I, **North Central Florida YMCA, Inc.** ,

named as debtor in this case, declare under penalty of perjury that I have read the foregoing    *Numbered Listing of Creditors,*

consisting of ___18___ sheets (including this declaration), and that it is true and correct to the best of my information and belief. the best of my information and belief.

Debtor: **/s/ Harold Cook** Date: 11/4/2011
**Harold Cook**
**Interim CEO**

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

In re: **North Central Florida YMCA, Inc.**

CASE NO

CHAPTER   **11**

## BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income for 12 Months Prior to Filing:        **$2,212,999.19**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:        **$130,000.00**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor): | **$60,831.05** |
| 4. Payroll Taxes: | **$3,625.00** |
| 5. Unemployment Taxes: | **$1,700.00** |
| 6. Worker's Compensation: | **$1,200.00** |
| 7. Other Taxes: | **$180.00** |
| 8. Inventory Purchases (including raw materials): | **$0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray: | **$0.00** |
| 10. Rent (other than debtor's principal residence): | **$0.00** |
| 11. Utilities: | **$11,500.00** |
| 12. Office Expenses and Supplies: | **$4,244.18** |
| 13. Repairs and Maintenance: | **$5,087.50** |
| 14. Vehicle Expenses: | **$850.00** |
| 15. Travel and Entertainment: | **$100.00** |
| 16. Equipment Rental and Leases: | **$386.50** |
| 17. Legal/Accounting/Other Professional Fees: | **$9,000.00** |
| 18. Insurance: | **$10,000.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.): | **$2,159.51** |
| 20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify): | |
| **Secured Loan Payment - Northwest** | **$4,500.00** |
| **Secured Loan Payment - Southwest** | **$1,500.00** |
| 21. Other (Specify): | |
| **Advertising** | **$625.00** |
| **Licenses & Permit** | **$25.00** |
| **Training** | **$500.00** |
| **Fuel** | **$560.00** |
| **Chlorine** | **$860.00** |
| **Website Maintenance** | **$42.00** |
| **Landscaping** | **$1,025.00** |
| **YMCA Fair Share** | **$2,275.00** |
| **Payroll Service Fee** | **$1,700.00** |
| **Membership Software** | **$2,300.00** |
| 22. Total Monthly Expenses (Add items 3 - 21) | **$126,775.74** |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):        **$3,224.26**